UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

Richard A. Myers, et al.
    v.
Township of Trumbull, et al.

CASE NUMBER: 3:03-CV-00373 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Westfield Shoppingtown Trumbull

10/30/03
_____
Date

23409
_____
**Connecticut Federal Bar Number**

(860) 725-6200
_____
**Telephone Number**

(860) 278-3802
_____
**Fax Number**

pguggina@tylercooper.com
_____
**E-mail address**


_____
Signature

Paul Guggina
_____
Print Clearly or Type Name

Tyler Cooper & Alcorn, LLP
_____
Address

185 Asylum Street, Hartford, CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Richard Flanagan, Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
North Haven, CT  06473

Louis N. George, Esq.
Michelle O. Killion, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT  06114

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ  07102


Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001