UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 31 P 1: 54

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:03-CV-373(RNC)<br><br><br><br>OCTOBER 28, 2003 |

### MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiffs move for leave to file out of time for the following reason:

Plaintiffs' initial submission was returned for failure to comply with Local Rule 7(a)1 and 2.

See attached Order Returning Submission.

HUNT, HAMLIN & RIDLEY
Attorney for Plaintiffs

By: _____
Cynthia H. Hardaway, Esq.
Fed. Bar. No.: CT24
Hunt, Hamlin & Ridley
60 Park Place, 16th Floor
Newark, New Jersey 07102
(973) 242-4471

ORAL ARGUMENT NOT REQUESTED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------x
Myers

vs.                                           Civil No. 3:03-cv-373 (RNC)

Township of Trumbull, et al.,

------------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Cross-motion to Amend Complaint and your letter brief</u> however, it is deficient in the area checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)
   - _ No certificate of service attached to pleading
   - _ Certificate of service fails to list names and addresses of all parties served
   - _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. _ L.R.10
   - _ Failure to sign pleading (original signature)
   - _ Failure to double space
   - _ Margin is not free of printed matter
   - _ Left hand margin is not one inch
   - _ Judge's initials do not appear after the case number
   - _ Docket number is missing
   - _ Failure to supply federal bar number
   - _ Holes not punched in document

4. _ L.R.68    Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✓ Other    Failure to comply with Local Rule Civ. Procedure 7(a) 1 and 2.

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 10/27/03

_____
United States District Judge