UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:03-CV-373(RNC)<br><br><br><br>OCTOBER 28, 2003 |

### MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiffs move for leave to file out of time for the following reason:

Plaintiffs' initial submission was returned for failure to comply with Local Rule 7(a)1 and 2.

See attached Order Returning Submission.

                                  HUNT, HAMLIN & RIDLEY
                                  Attorney for Plaintiffs

By: _____
     Cynthia H. Hardaway, Esq.
     Fed. Bar. No.: CT24
ORAL ARGUMENT NOT REQUESTED     Hunt, Hamlin & Ridley
     60 Park Place, 16th Floor
     Newark, New Jersey 07102
     (973) 242-4471