UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:03-CV-373(RNC)<br><br><br><br><br>OCTOBER 28, 2003 |

### CROSS-MOTION TO AMEND COMPLAINT

In response to defendants' Town of Trumbull, Officer Coppola, and Officer, I.D. #35, Motion to Dismiss dated September 23, 2003, plaintiffs Cross-Move to Amend the Complaint for the following reasons:

**ORAL ARGUMENT REQUEST**
**TESTIMONY NOT REQUIRED**

1. To include a cause of action under 42 U.S.C. § 1981.

2. To allege further facts in support of a conspiracy and false imprisonment count.

3. To include a claim for municipal liability as to the defendant Township of Trumbull.

4. To dismiss the Trumbull Police Department as a named defendant.

An attorney's certification and Amended Complaint is submitted herewith.

          HUNT, HAMLIN & RIDLEY
          Attorney for Plaintiffs

By: _____
    Cynthia H. Hardaway, Esq.
    Fed. Bar. No.: CT24752
    Hunt, Hamlin & Ridley
    Military Park Building
    60 Park Place, 16th Floor
    Newark, New Jersey 07102
    (973)242-4471

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:03-CV-373(RNC)<br><br><br><br><br><br>OCTOBER 28, 2003 |

## ATTORNEY CERTIFICATION

I, Cynthia H. Hardaway, Esq, certifies as follows:

1. I represent plaintiff in the above-captioned matter and am fully familiar with the facts of this case.

2. Plaintiffs respectfully move to amend the complaint to included a claim for relief under 42 U.S.C. § 1981. Although plaintiffs allege in paragraph 29 of the initial complaint that defendants discriminated against them based on their race and origin, and that allegation is incorporated into each claim for relief, the complaint fails to include a specific cause of action under § 1981, which prohibits discrimination on the basis of race and

national origin.

3.  Plaintiffs further move to amend the complaint to cure any alleged deficiency with respect to plaintiffs' conspiracy and false imprisonment counts as against the moving defendants.

4.  Finally, plaintiffs move to amend the complaint to include causes of action against the Township of Trumbull under the theories of municipal liability and respondeat superior liability.

5.  Upon a review of this file in responding to defendants' motion to dismiss, it has come to my attention that a draft copy of plaintiffs' complaint was inadvertently submitted for filing, and therefore, the additional requested claims for relief were not included in the initial complaint.

6.  In the interest of justice, plaintiffs respectfully request leave to file the attached Amended Complaint.

7.  Plaintiffs have also agreed to withdraw their complaint as against the Trumbull Police Department only.

8.  I certify that the foregoing statement is true, and that if any of the statements contained herein are willfully false, I am subject to punishment.

By: _____
Cynthia H. Hardaway, Esq.

Dated: October 28, 2003