UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:03-CV-373(RNC)<br><br><br><br>OCTOBER 28, 2003 |

### CROSS-MOTION TO AMEND COMPLAINT

In response to defendants' Town of Trumbull, Officer Coppola, and Officer, I.D. #35, Motion to Dismiss dated September 23, 2003, plaintiffs Cross-Move to Amend the Complaint for the following reasons:

**ORAL ARGUMENT REQUEST**
**TESTIMONY NOT REQUIRED**