UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 19 P 1:47

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BIGNHAM, and FLOYD MCLEAN,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally,<br><br>    Defendants. | CASE NO.: 3:03 CV 373 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>February 17, 2004 |

**REQUEST FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the Defendants, The Town of Trumbull, Officer Robert Cappola, and Officer James Leos, hereby request an extension of (30) days to respond to Plaintiff's Interrogatories and Requests for Production dated February 9, 2004.

**ORAL ARGUMENT NOT REQUIRED**
**TESTIMONY NOT REQUIRED**

The extension of time is necessary to gather relevant information and documentation and to consult with the client in an effort to provide meaningful responses to this discovery.

DEFENDANTS,
TOWN OF TRUMBULL,
OFFICER ROBERT COPPOLA and
OFFICER JAMES LEOS

By: /s/ Stuart Brown
Stuart E. Brown, Esq.
Fed. Bar No.: CT 24659
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 17th day of February, 2004 to the following counsel and/or pro se parties of record:

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

*Stuart Brown*
Stuart E. Brown