UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 19 P 1:42
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD A MYERS, SHERNETTE
CLARK, KENNETH BIGNHAM, and
FLOYD MCLEAN,
      Plaintiffs,

v.

TOWN OF TRUMBULL,
OFFICER COPPOLA, I.D. #24 (first name
unknown) (individually and in his official
capacity), OFFICER, I.D. #35 (name
unknown) (individually and in his official
capacity), SPECTAGUARD, MICHAEL
(last name unknown), WESTFIELD
SHOPPINGTOWN, JOHN DOES 1
Through 10, Jane Does 1 through 10,
and ABC Corp. through XYZ,
individually, jointly, and severally,
      Defendants.

CASE NO.: 3:03 CV 373 (RNC)

February 17, 2004

### REQUEST FOR EXTENSION OF TIME

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the Defendants, The Town of Trumbull, Officer Robert Cappola, and Officer James Leos, hereby request an extension of (30) days to respond to Plaintiff's Interrogatories and Requests for Production dated February 9, 2004.

**ORAL ARGUMENT NOT REQUIRED**
**TESTIMONY NOT REQUIRED**