UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BIGNHAM, and FLOYD MCLEAN,<br>Plaintiffs, | : : : : : | |
| v. | : : | |
| TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally, | : : : : : : : : : : : : | CASE NO.: 3:03 CV 373 (RNC) |
| Defendants. | : | MARCH 1, 2004 |

### MOTION TO EXTEND SCHEDULING ORDER

Pursuant to Local Rule 9 (b), the Defendants, Town of Trumbull, Officer Coppola and Officer Leos (ID #35), hereby move for a twenty-one (21) day extension of the Scheduling Order for the completion of depositions and written discovery in the above-captioned case. By the Report of Parties Planning Meeting, dated July 9, 2003, the

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

depositions and written discovery was to completed by April 1, 2004. This requested extension would place the deadline for depositions and written discovery at April 22, 2004. This is the first such requested extension to the Scheduling Order.

Thus far, the parties have not been able to reach agreement as to the dates for depositions of the witnesses in this matter. This extension is necessary because scheduling the depositions and coordinating written discovery has been difficult due to the Plaintiffs' presence outside of the state of Connecticut and the large number of parties involved in this case. Co-Defendants' and Plaintiffs' counsel have been consulted and stated there will be no objections to this Motion.

>                    DEFENDANTS,
>                    TOWN OF TRUMBULL,
>                    OFFICER COPPOLA and
>                    OFFICER, I.D. #35
>
> By:                _____
>                    Louis N. George, Esq.
>                    Fed. Bar No.: CT 02192
>                    Hassett & George, P.C.
>                    555 Franklin Avenue
>                    Hartford, Connecticut 06114
>                    (860) 296-211

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 1st day of March 2004 to the following counsel and/or pro se parties of record:

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802


Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102


Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221


_____
Louis N. George

LNG/seb
\\Sbs2k\shared\Northland Cases\Meyers, Richard et al v. Town of Trumbull, et al\Pleadings\Motion to Extend Scheduling Order.doc