THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
| Plaintiff, | |
| | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| V. | |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
| Defendant. | MARCH 9, 2004 |

## APPEARANCE

Please enter the appearance of Paul Guggina as attorney for defendant Westfield Shoppingtown Trumbull in the above captioned matter.

THE DEFENDANT
WESTFIELD SHOPPINGTOWN
TRUMBULL

Paul Guggina, ct2???
Tyler Cooper & Alcorn, LLP
185 Asylum Street, 35th Floor
Hartford, CT  06103
Tel.: (860) 725-6200
Fax: (860) 278-3802
Email: pguggina@tylercooper.com

1

## CERTIFICATION

I hereby certify that the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record on this 9th day of March 2004:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ   07102

Louis N. George, Esq.
Michelle D. Killion, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT   06114

Rachelle H. Milstein, Esq.
Braff, Harris & Sukoneck
570 West Mount Pleasant Avenue
P.O. Box 657
Livingston, NJ   07039

_____
Paul Guggina