THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
| Plaintiffs, | |
| | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| V. | |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
| Defendants. | MARCH 9, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Defendant Westfield Shoppingtown Trumbull ("Westfield"), by its attorneys, and pursuant to Fed. R. Civ. Pro. 6(b) and 33(b)(3), and D. Conn. L. R. 7(b), moves this Court for the entry of an order granting Westfield an extension of 14 days, to March 29, 2004, within which to file objections and responses to plaintiff's interrogatories dated February 9, 2003 (the "Interrogatories"). In support of this motion, the undersigned makes the following representations:

1. Westfield's lead attorney, Michael T. McCormack, Esq., has been on trial in Connecticut Superior Court in Waterbury in the matter of *United Technologies v. Saren Engineering, et al.*, Docket No. X06-CV-02-0173135S, since February 3, 2004. The trial is not yet completed.

2. The Interrogatories were received by Attorney McCormack on February 13, 2004, and objections and responses are presently due by March 15, 2004.

3. As a result of the continuing demands of the aforedescribed trial and preparation for the same, Attorney McCormack has been unable to devote the time

1

necessary to investigate the facts inquired of in the Interrogatories, and/or to prepare responses or objections to the Interrogatories.

4. The additional time is required to enable Westfield's attorneys a reasonable opportunity to comply with the discovery requests or to prepare objections to the same.

5. This is Westfield's first request for an enlargement of time with respect to these Interrogatories.

6. Plaintiff's counsel has consented to this extension.

WHEREFORE, defendant Westfield Shoppingtown Trumbull respectfully requests that the Court grant it an extension of time, to and including March 29, 2004, to respond or object to the plaintiff's interrogatories dated February 9, 2004.

THE DEFENDANT,
WESTFIELD SHOPPINGTOWN
TRUMBULL

_____
Paul Guggina, ct23409
Michael T. McCormack, ct13799
Tyler Cooper & Alcorn, LLP
CityPlace I, 35th Floor
185 Asylum Street
Hartford, CT 06103
Tel.: (860) 725-6200
Fax: (860) 278-3802
Email: pguggina@tylercooper.com

## CERTIFICATION OF SERVICE

On March 9, 2004, I certify that a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME** has been mailed via U.S. mail, postage prepaid, to the following of record:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ   07102

Louis N. George, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT   06114

Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT   06473-0221

_____
Paul Guggina