UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BIGNHAM, and FLOYD MCLEAN,<br>　　　Plaintiffs, | : : : : : | |
| v. | : | |
| TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally, | : : : : : : : : : : : | CASE NO.: 3:03 CV 373 (RNC) |
| 　　　Defendants. | : | MARCH 1, 2004 |

**MOTION TO EXTEND SCHEDULING ORDER**

Pursuant to Local Rule 9 (b), the Defendants, Town of Trumbull, Officer Coppola and Officer Leos (ID #35), hereby move for a twenty-one (21) day extension of the Scheduling Order for the completion of depositions and written discovery in the above-captioned case. By the Report of Parties Planning Meeting, dated July 9, 2003, the

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**