THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, *ET AL.*

    Plaintiffs,

V.

    CIVIL ACTION NO.: 3:03-CV-00373 (RNC)

TOWNSHIP OF TRUMBULL, *ET AL.*

    Defendants.

MARCH 9, 2004

## MOTION FOR ENLARGEMENT OF TIME

Defendant Westfield Shoppingtown Trumbull ("Westfield"), by its attorneys, and pursuant to Fed. R. Civ. Pro. 6(b) and 33(b)(3), and D. Conn. L. R. 7(b), moves this Court for the entry of an order granting Westfield an extension of 14 days, to March 29, 2004, within which to file objections and responses to plaintiff's interrogatories dated February 9, 2003 (the "Interrogatories"). In support of this motion, the undersigned makes the following representations:

    1.    Westfield's lead attorney, Michael T. McCormack, Esq., has been on trial in Connecticut Superior Court in Waterbury in the matter of *United Technologies v. Saren Engineering, et al.*, Docket No. X06-CV-02-0173135S, since February 3, 2004. The trial is not yet completed.

    2.    The Interrogatories were received by Attorney McCormack on February 13, 2004, and objections and responses are presently due by March 15, 2004.

    3.    As a result of the continuing demands of the aforedescribed trial and preparation for the same, Attorney McCormack has been unable to devote the time

1

*[Margin annotations: "Granted. So ordered. Robert N. Chatigny, U.S.D.J. March 11, 2004." FILED 2004 MAR 11 A 8:04 U.S. DISTRICT COURT HARTFORD, CT]*