THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
| Plaintiffs, | |
| | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| V. | |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
| Defendants. | APRIL 19, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

The defendant Westfield Shoppingtown Trumbull (improperly identified as Westfield Shoppingtown) ("Westfield") hereby moves for an enlargement of time from April 26, 2004 to June 1, 2004 within which to file a motion for summary judgment and memorandum of law in support of motion for summary judgment. In support of this motion, the defendant represents the following:

1.  On February 17, 2004, the undersigned counsel for Westfield, pursuant to the Court's Case Management Order, filed a letter requesting a prefiling conference to discuss the anticipated filing of a motion for summary judgment on behalf of Westfield. No prefiling conference took place. On April 5, 2004, however, the Court entered an order in response to the defendant's February 17, 2004 letter advising the parties that any motion for summary judgment must be filed by April 26, 2004.

2.  At the time counsel filed the request for a prefiling conference in February 2004, it was anticipated that the plaintiffs' depositions would be completed by March 26, 2004. The depositions did not take place as scheduled during the week

of March 15, 2004, however, due to the fact that the plaintiffs were not available for their depositions.

3. When the Court entered its April 5, 2004 order regarding the filing date for a motion for summary judgment, the plaintiffs' depositions were scheduled for April 12, 2004. The depositions did not take place as scheduled, however, due to the fact that plaintiffs' counsel was on trial and not available for the depositions.

4. As a result of the defendants' not being able to complete the depositions of the plaintiffs, the undersigned counsel requires additional time to complete the depositions and prepare a motion for summary judgment following the depositions. The plaintiffs' depositions are currently scheduled to take place on April 29, 2004. Although there is a possibility that the depositions will be rescheduled to April 22, 2004, the defendant will not have sufficient time to complete the depositions and prepare a motion for summary judgment by the present filing date of April 26, 2004.

5. Based on the foregoing facts, the defendant Westfield submits that there exists good cause for extending the date on which Westfield may file a motion for summary judgment from April 26, 2004 to June 1, 2004. The undersigned counsel has spoken with counsel for the plaintiffs who has indicated that she does not object to the requested extension of time. The undersigned counsel also inquired with counsel for the codefendants about the request and received no indication that the codefendants oppose this request. This is the defendant Westfield's first motion for enlargement of time with respect to the filing of a motion for summary judgment.

WHEREFORE, the defendant Westfield Shoppingtown Trumbull respectfully requests that its motion be granted.

                    THE DEFENDANT,
                    WESTFIELD SHOPPINGTOWN
                    TRUMBULL

                    _____
                    Michael T. McCormack, ct13799
                    Tyler Cooper & Alcorn, LLP
                    CityPlace I, 35th Floor
                    185 Asylum Street
                    Hartford, CT   06103
                    Tel.: (860) 725-6200
                    Fax: (860) 278-3802
                    Email: mmccormack@tylercooper.com

**CERTIFICATION OF SERVICE**

On April 19, 2004, I certify that a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME** has been sent via facsimile and mailed via U.S. mail, postage prepaid, to the following of record:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Louis N. George, Esq.
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

Michael T. McCormack