THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, *ET AL.*

    Plaintiffs,

                             CIVIL ACTION NO.: 3:03-CV-00373 (RNC)

V.

TOWNSHIP OF TRUMBULL, *ET AL.*

    Defendants.                    APRIL 19, 2004

## MOTION FOR ENLARGEMENT OF TIME

The defendant Westfield Shoppingtown Trumbull (improperly identified as Westfield Shoppingtown) ("Westfield") hereby moves for an enlargement of time from April 26, 2004 to June 1, 2004 within which to file a motion for summary judgment and memorandum of law in support of motion for summary judgment. In support of this motion, the defendant represents the following:

1.    On February 17, 2004, the undersigned counsel for Westfield, pursuant to the Court's Case Management Order, filed a letter requesting a prefiling conference to discuss the anticipated filing of a motion for summary judgment on behalf of Westfield. No prefiling conference took place. On April 5, 2004, however, the Court entered an order in response to the defendant's February 17, 2004 letter advising the parties that any motion for summary judgment must be filed by April 26, 2004.

2.    At the time counsel filed the request for a prefiling conference in February 2004, it was anticipated that the plaintiffs' depositions would be completed by March 26, 2004. The depositions did not take place as scheduled during the week

1