The Law Firm of
# Hunt, Hamlin & Ridley

Counselors At Law
Military Park Building
60 Park Place, 16th Floor
Newark, New Jersey 07102

Telephone: (973) 242-4471
Telefax: (973) 242-8295
Website: www.hunthamlinridley.com

Ronald C. Hunt*
Raymond L. Hamlin
Terry Ridley

Malee L. Wing
Lester E. Taylor, III♦
Tracey S. Cosby
Jamile E. Drew■

* Also Admitted in PA
■ Also Admitted in NY
♦ Also Admitted in MD

RECEIVED
APR 14  12 16 PM '04

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT

Of Counsel
Cedric Ashley■
Cynthia H. Hardaway■
Vielka A. Velazquez

April 12, 2004

Robert N. Chatigny, U.S.D.J.
United States District Court
450 Main Street
Hartford, Connecticut 06103

RE: Meyers v. Township of Trumbull, et al.
Docket No.: 3:03-CV-373 (RNC)

Dear Judge Chatigny:

Pursuant to a telephone conference with all counsel on April 9, 2004, we are requesting a telephone status conference with Your Honor in the above-referenced matter. Due to everyone's hectic trial schedules we are unable to complete discovery by the end date of April 21, 2004.

Although we have all been diligent in our efforts to coordinate mutually convenient deposition dates, we have been unable to do so due to the varying trial schedules of counsel. Therefore, we would like to have a brief telephone conference with Your Honor in order to set a new discovery end date that accommodates everyone's trial schedule and a new trial date.

Please be informed that April 21st and 22nd, 2004, have already been designated as dates certain for the depositions of some defendants and hopefully all plaintiffs. However, additional dates need to be set for the remaining defendants and other witnesses and at least one attorney (due to his trial schedule) anticipates being unavailable until the end of July. Therefore, we are requesting a telephone conference to discuss these issues and arrive at a realistic discovery end date. Thank you for your consideration.

Respectfully,
Cynthia H. Hardaway

cc: Stuart E. Brown, Esq.
Michael T. McCormack, Esq.
Robert J, Flanagan, Jr, Esq.