# THE LAW FIRM OF
# HUNT, HAMLIN & RIDLEY

RECEIVED

RONALD C. HUNT*
RAYMOND L. HAMLIN
TERRY RIDLEY

MALEE L. WING
LESTER E. TAYLOR, III♦
TRACEY S. COSBY
JAMILE E. DREW■

\* ALSO ADMITTED IN PA
■ ALSO ADMITTED IN NY
♦ ALSO ADMITTED IN MD

COUNSELORS AT LAW
MILITARY PARK BUILDING
60 PARK PLACE, 16TH FLOOR
NEWARK, NEW JERSEY 07102

TELEPHONE: (973) 242-4471
TELEFAX: (973) 242-8295
WEBSITE: www.hunthamlinridley.com

APR 14  12 16 PM '04

OF COUNSEL
CEDRIC ASHLEY■
CYNTHIA H. HARDAWAY■
VIELKA A. VELAZQUEZ

April 12, 2004

Robert N. Chatigny, U.S.D.J.
United States District Court
450 Main Street
Hartford, Connecticut 06103

RE: <u>Meyers v. Township of Trumbull, et al.</u>
    Docket No.: 3:03-CV-373 (RNC)

Dear Judge Chatigny:

     Pursuant to a telephone conference with all counsel on April 9, 2004, we are requesting a telephone status conference with Your Honor in the above-referenced matter. Due to everyone's hectic trial schedules we are unable to complete discovery by the end date of April 21, 2004.

     Although we have all been diligent in our efforts to coordinate mutually convenient deposition dates, we have been unable to do so due to the varying trial schedules of counsel. Therefore, we would like to have a brief telephone conference with Your Honor in order to set a new discovery end date that accommodates everyone's trial schedule and a new trial date.

April 22, 2004.    <u>Meyers v. Township of Trumbull, et al.</u>
                        3:03CV373 (RNC)

The Clerk will docket this letter. Treating this as a motion for an extension of the discovery deadline, it is hereby granted. All formal discovery will be completed by July 1, 2004. This 90-day extension of the formal discovery period beyond the date set forth in the 26(f) Report should provide more than ample time to complete all discovery. Counsel should note that nothing prevents them from voluntarily conducting informal discovery after that date. However, for the Court's purposes, all discovery will be considered completed as of July 1, 2004. All other dates remain the same. So ordered.

                                            Robert N. Chatigny, U.S.D.J.