HUNT, HAMLIN, & RIDLEY
Military Park Building
60 Park Place, Suite 1602
Newark, New Jersey  07102
973) 242-4471
Attorney(s) for Plaintiff(s)

FILED
2004 APR 26  A 11: 35
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RICHARD A. MYERS, SHERNETTE CLARK, KENNETH BINGHAM, FLOYD McLEAN<br><br>Plaintiffs,<br>v.<br><br>TOWNSHIP OF TRUMBULL, OFFICER COPPOLA, I.D. # 24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ, individually, jointly and severally,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 3:03 CV 373 (RNC)<br><br><br><br><br><br><br><br><br><br>April 22, 2004 |

### MOTION TO EXTEND SCHEDULING ORDER

Pursuant to Local Rule 9(b), plaintiffs Richard Meyers, Shernette Clark, Kenneth Bingham, and Floyd McLean, hereby move for a sixty (60) day extension of the Scheduling Order for the completion of depositions and written discovery in the above-captioned case.

By letter to the Court dated April 12, 2004, plaintiffs indicated that, due to counsels' trial schedules and the number of parties, discovery could not be completed by the end date of April 21, 2004. With the consent of all counsel,

plaintiffs' counsel requested a telephone conference with the Court in order to discuss a workable discovery end date and a new trial date. To date, I have not received a response from the Court with respect to the requested telephone conference.

April 21 and April 22, 2004 were designated as dates certain for the depositions of some defendants and all plaintiffs. Due to a last minute conflict, defendants were not produced on April 21, 2004. Plaintiffs' depositions will go forward on April 22, 2004. Although previously noticed of several occasions, none of the defendants or defense witnesses have been deposed. Plaintiffs must depose these individuals in order to properly prosecute their case.

If plaintiffs' request is granted the new discovery end date would be June 20, 2004. Counsel for defendants have been consulted and have no objections to this Motion. This is plaintiffs' first request for an extension of the Scheduling Order. An extension of time was previously requested by defense counsel.

By_____
Cynthia H. Hardaway Esq.
Fed. Bar No.: CT24752
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, 16th Floor
Newark, New Jersey 07102
(973) 242-4471

## CERTIFICATION OF MAILING

This is to certify that a copy of the foregoing has been sent via hand delivery on this 22th day of April, 2004 to the following counsel of record:

Louis N. George
Hasset & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

By: _____
Cynthia H. Hardaway

DATED: April 22, 2004