UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 APR 26  A II: 24

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BINGHAM, and FLOYD MCLEAN,<br>　　Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally,<br><br>　　Defendants. | CASE NO.: 3:03 CV 373 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br>April 23, 2004 |

### MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendants, Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANTS,
TOWN OF TRUMBULL,
OFFICER COPPOLA, I.D. #24, AND
OFFICER LEOS, I.D. #35

By: /s/ Stuart Brown
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111
sbrown@hgesq.com
Fed. Bar # CT 24659

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 23rd day of April, 2004 to the following counsel and/or pro se parties of record:

Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

/s/ Stuart Brown
Stuart E. Brown