UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26  A 11: 24
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BINGHAM, and FLOYD MCLEAN,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL,<br>OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally,<br><br>    Defendants. | CASE NO.: 3:03 CV 373 (RNC)<br><br>April 23, 2004 |

## MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendants, Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _A. Montgomery_
Deputy Clerk