FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY -3  P 1:50

U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD A. MYERS, ET AL  :
    Plaintiffs  :
                                    :  CIVIL ACTION NO:
                                    :  3:03-CV-00373 (RNC)
VS.  :
                                    :
TOWNSHIP OF TRUMBULL, ET AL  :
    Defendants  :  APRIL 30, 2004

## MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendant, Spectaguard Acquisitions, LLC, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

                                THE DEFENDANT,
                                SPECTAGUARD ACQUISITION

                                BY _____
                                ROBERT J. FLANAGAN, JR.
                                CELLA, FLANAGAN & WEBER
                                21 Washington Avenue
                                North Haven, CT 06473
                                Tel. (203) 239-5851
                                Federal Bar No. 18549

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage pre-paid, to all counsel and pro se parties of record.

Cynthia H. Hardaway, Esq.
Raymond E. Hamlin, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Louis N. George, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

ROBERT J. FLANAGAN, JR.