54

FILED
2004 MAY -3 P 1: 50
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL
   Plaintiffs

CIVIL ACTION NO:
3:03-CV-00373 (RNC)

VS.

TOWNSHIP OF TRUMBULL, ET AL
   Defendants

APRIL 30, 2004

## MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendant, Spectaguard Acquisitions, LLC, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk

THE DEFENDANT,
SPECTAGUARD ACQUISITION

BY _____
ROBERT J. FLANAGAN, JR.
CELLA, FLANAGAN & WEBER
21 Washington Avenue
North Haven, CT 06473
Tel. (203) 239-5851
Federal Bar No. 18549

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974