THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
| Plaintiffs, | |
| | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| V. | |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
| Defendants. | MAY 7, 2004 |

### MOTION FOR BOND

Pursuant to Local Rule 83.3, the Defendant, Westfield Shoppingtown Trumbull, respectfully request that the Clerk of the Court enter an order, as of course, that the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action.

THE DEFENDANT,
WESTFIELD SHOPPINGTOWN
TRUMBULL

Michael T. McCormack, ct13799
Tyler Cooper & Alcorn, LLP
CityPlace I, 35th Floor
185 Asylum Street
Hartford, CT   06103
Tel.:  (860) 725-6200
Fax:  (860) 278-3802
Email: mmccormack@tylercooper.com

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: [signature]
Deputy Clerk

FILED
2004 MAY 12 A 9:29
U.S. DISTRICT COURT
HARTFORD, CT.

1