#51

HUNT, HAMLIN, & RIDLEY
Military Park Building
60 Park Place, Suite 1602
Newark, New Jersey  07102
973) 242-4471
Attorney(s) for Plaintiff(s)

FILED
2004 APR 26 A 11: 35
U.S. DISTRICT COURT
HARTFORD, CT.

| RICHARD A. MYERS, SHERNETTE CLARK, KENNETH BINGHAM, FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBULL, OFFICER COPPOLA, I.D. # 24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ, individually, jointly and severally,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.:3:03 CV 373 (RNC)<br><br><br><br><br><br><br><br><br><br>April 22, 2004 |

## MOTION TO EXTEND SCHEDULING ORDER

Pursuant to Local Rule 9(b), plaintiffs Richard Meyers, Shernette Clark, Kenneth Bingham, and Floyd McLean, hereby move for a sixty (60) day extension of the Scheduling Order for the completion of depositions and written discovery in the above-captioned case.

By letter to the Court dated April 12, 2004, plaintiffs indicated that, due to counsels' trial schedules and the number of parties, discovery could not be completed by the end date of April 21, 2004. With the consent of all counsel,

FILED 2004 MAY 20 P 3: 39 U.S. DISTRICT COURT HARTFORD, CT.

5/20/04 denial as moot. [handwritten margin note]