RECEIVED

FILED May 21  2 03 PM '04

2004 MAY 21 P 3: 14

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, ET AL | : |
| | : CIVIL ACTION NO: |
| | : 3:03-CV-00373 (RNC) |
| VS. | : |
| | : |
| TOWNSHIP OF TRUMBULL, ET AL | : |
| Defendant | : MAY 20, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The Defendants, Spectaguard Acquisitions, LLC, and Michael (LNU) hereby move for an enlargement of thirty (30) days up to and including July 17, 2004, in which to respond by way of answers and/or objections to Plaintiffs' Supplemental Interrogatories and Request for Document Production dated May 17, 2004. The reason for the necessity of this enlargement of time is the fact that counsel for the Defendants is currently scheduled to begin a six-week products liability trial on the State Complex Litigation Docket at Waterbury on June 8, 2004. Preparation for and trial of this case will foster a number of difficulties in obtaining and reviewing any documents or the like that are responsive, and/or drafting truly cogent objections.

All counsel in this matter have been notified, and no one objects to the granting of this Motion for Enlargement of Time.

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

THE DEFENDANTS, SPECTAGUARD
and MICHAEL (LNU),


BY: _____
Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
North Haven, CT 06473
Tel. (203) 239-5851
  Federal Bar No. 18549

## ORDER

The foregoing having been heard it is hereby ORDERED:

GRANTED / DENIED

                        BY THE COURT

                        _____

                        JUDGE/CLERK

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, to the following counsel:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Stuart Brown, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

ROBERT J. FLANAGAN, JR.