RECEIVED

FILED MAY 21 2 03 PM '04

2004 MAY 21 P 3: 54

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT.
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL                    :

                                           :          CIVIL ACTION NO:
                                           :          3:03-CV-00373 (RNC)
VS.                                        :

TOWNSHIP OF TRUMBULL, ET AL                :
          Defendant                        :          MAY 20, 2004

## MOTION FOR ENLARGEMENT OF TIME

The Defendants, Spectaguard Acquisitions, LLC, and Michael (LNU) hereby

move for an enlargement of thirty (30) days up to and including July 17, 2004, in which

to respond by way of answers and/or objections to Plaintiffs' Supplemental

Interrogatories and Request for Document Production dated May 17, 2004. The reason

for the necessity of this enlargement of time is the fact that counsel for the Defendants is

currently scheduled to begin a six-week products liability trial on the State Complex

Litigation Docket at Waterbury on June 8, 2004. Preparation for and trial of this case

will foster a number of difficulties in obtaining and reviewing any documents or the like

that are responsive, and/or drafting truly cogent objections.

All counsel in this matter have been notified, and no one objects to the granting of

this Motion for Enlargement of Time.

### Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

FILED

2004 MAY 24 P 2:50

U.S. DISTRICT COURT
HARTFORD, CT