THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, *ET AL.*

    Plaintiffs,

V.

CIVIL ACTION NO.: 3:03-CV-00373 (RNC)

TOWNSHIP OF TRUMBULL, *ET AL.*

    Defendants.

MAY 26, 2004

**MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

The defendant Westfield Shoppingtown Trumbull (improperly identified as Westfield Shoppingtown) ("Westfield") hereby moves for an enlargement of time of fourteen (14) days from June 1, 2004 to June 15, 2004 within which to file a motion for summary judgment and memorandum of law in support of motion for summary judgment. In support of this motion, the defendant represents the following:

    1.    On February 17, 2004, the undersigned counsel for Westfield, pursuant to the Court's Case Management Order, filed a letter requesting a prefiling conference to discuss the anticipated filing of a motion for summary judgment on behalf of Westfield. No prefiling conference took place. On April 5, 2004, however, the Court entered an order in response to the defendant's February 17, 2004 letter advising the parties that any motion for summary judgment must be filed by April 26, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

2. At the time counsel filed the request for a prefiling conference in February 2004, it was anticipated that the plaintiffs' depositions would be completed by March 26, 2004. The depositions did not take place as scheduled during the week of March 15, 2004, however, due to the fact that the plaintiffs were not available for their depositions.

3. When the Court entered its April 5, 2004 order regarding the filing date for a motion for summary judgment, the plaintiffs' depositions were scheduled for April 12, 2004. The depositions did not take place as scheduled, however, due to the fact that plaintiffs' counsel was on trial and not available for the depositions.

4. On April 19, 2004, counsel for Westfield moved for an enlargement of time until June 1, 2004 within which to file a motion for summary judgment in order to allow the defendant to complete the depositions of the plaintiffs which were scheduled for April 29, 2004 prior to filing a dispositive motion. Westfield's motion was granted on April 20, 2004, and the Court ordered that dispositive motions be filed by June 1, 2004.

5. Depositions of three of the plaintiff's were completed on April 22, 2004 and the deposition of the fourth plaintiff, Floyd McLean, was completed on April 29, 2004. Counsel for Westfield, however, has not received the transcripts from all of the depositions. Although counsel received the transcripts from the April 22, 2004 depositions on May 19, 2004, counsel has yet to receive the transcript from the deposition of plaintiff Floyd McLean held on April 29, 2004. It is expected that the deposition transcript will be ready within one week. The undersigned counsel requires

additional time to review the transcripts from the plaintiffs' depositions in order to prepare the defendant's motion for summary judgment.

      6.      Although a significant portion of the motion for summary judgment and memorandum in support has been prepared, additional time is necessary to review the transcript of the deposition of Floyd McLean in order to finalize the motion and memorandum of law.

      7.      Based on the foregoing facts, the defendant Westfield submits that there exists good cause for extending the date on which Westfield may file a motion for summary judgment from June 1, 2004 to June 15, 2004. The undersigned counsel has attempted to inquire with counsel for the plaintiff, Cynthia Hardaway, about the request for enlargement of time but has been unable to obtain plaintiffs' position on this motion. The undersigned counsel also inquired with counsel for the codefendants about the request and has been informed that the codefendants do not oppose this request. This is the defendant Westfield's second motion for enlargement of time with respect to the filing of a motion for summary judgment.

WHEREFORE, the defendant Westfield Shoppingtown Trumbull respectfully requests that its motion be granted.

THE DEFENDANT,
WESTFIELD SHOPPINGTOWN
TRUMBULL

_____
Michael T. McCormack, ct13799
Tyler Cooper & Alcorn, LLP
CityPlace I, 35th Floor
185 Asylum Street
Hartford, CT   06103
Tel.:  (860) 725-6200
Fax:  (860) 278-3802
Email: mmccormack@tylercooper.com

4

**ORDER**

The foregoing motion having been considered by the Court, is hereby

GRANTED/DENIED

                                      BY THE COURT


Date:_____        _____
                                            Judge/Clerk/Court

**CERTIFICATION OF SERVICE**

On May 26, 2004, I certify that a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME** has been sent via facsimile and mailed via U.S. mail, postage prepaid, to the following of record:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ  07102

Louis N. George, Esq.
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT  06114

Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT  06473-0221

                                                     _____
                                                     Michael T. McCormack