FILED

2004 MAY 27 A 9:39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL          :

                                                                          :   CIVIL ACTION NO:
                                                                          :   3:03-CV-00373 (RNC)

VS.                              :

TOWNSHIP OF TRUMBULL, ET AL      :
   Defendant                     :   MAY 26, 2004

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendants, SPECTAGUARD ACQUISITIONS, LLC AND MICHAEL (LNU), hereby move for an Enlargement of Time of fourteen (14) days for the filing of a dispositive Motion for Summary Judgment on their behalf. This will move the deadline for filing such motion from 1 June, 2004 until 15 June, 2004.

The reason for this request is the fact that it only became apparent at the depositions of the plaintiffs which took place on April 22 and April 29, 2004 due to the Plaintiffs' counsel trial schedule, and upon careful review of the only recently produced transcripts of the April 22 depositions[1] that such motion in favor of these Defendants was justified and not a misuse of all parties' time.

Counsel for the Co-Defendants do not oppose this request. The office of the undersigned Defendants' counsel has inquired of Plaintiffs' counsel, Cynthia Hardaway,

---

[1] The transcript of the April 29, 2004 deposition of the Plaintiff Floyd McLean has not yet been forwarded to Defendants' counsel. However, such transcript is expected in approximately one week.

Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

for her position on this motion. However, at the present moment, the undersigned has been unable to obtain the Plaintiffs' position on this motion. This is Defendant Spectaguard Acquisitions LLC's and Michael (LNU)'s first Motion for Enlargement of Time with respect to the filing of a Motion for Summary Judgment.

WHEREFORE, these Defendants respectfully request an extension of time of fourteen (14) days in which to file the Motion for Summary Judgment in this matter.

                THE DEFENDANTS, SPECTAGUARD
                and MICHAEL (LNU),

BY: _____
Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
North Haven, CT 06473
Tel. (203) 239-5851
  Federal Bar No. 18549

## **ORDER**

The foregoing having been heard it is hereby ORDERED:

GRANTED / DENIED

        BY THE COURT


        _____
        JUDGE/CLERK

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, to the following counsel:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Stuart Brown, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

ROBERT J. FLANAGAN, JR.