THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 26 P 1: 12
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
| Plaintiffs, | |
| V. | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
| Defendants. | MAY 26, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

The defendant Westfield Shoppingtown Trumbull (improperly identified as Westfield Shoppingtown) ("Westfield") hereby moves for an enlargement of time of fourteen (14) days from June 1, 2004 to June 15, 2004 within which to file a motion for summary judgment and memorandum of law in support of motion for summary judgment. In support of this motion, the defendant represents the following:

1.  On February 17, 2004, the undersigned counsel for Westfield, pursuant to the Court's Case Management Order, filed a letter requesting a prefiling conference to discuss the anticipated filing of a motion for summary judgment on behalf of Westfield. No prefiling conference took place. On April 5, 2004, however, the Court entered an order in response to the defendant's February 17, 2004 letter advising the parties that any motion for summary judgment must be filed by April 26, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1