03CV373mexttime

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 28  P 1: 51

U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD A MYERS, SHERNETTE    :
CLARK, KENNETH BIGNHAM, and    :
FLOYD MCLEAN,    :
      Plaintiffs,    :
          :
v.    :
          :
          :
TOWN OF TRUMBULL,    :
OFFICER COPPOLA, I.D. #24 (first name    :    CASE NO.:  3:03 CV 373 (RNC)
unknown) (individually and in his official    :
capacity), OFFICER, I.D. #35 (name    :
unknown) (individually and in his official    :
capacity), SPECTAGUARD, MICHAEL    :
(last name unknown), WESTFIELD    :
SHOPPINGTOWN, JOHN DOES 1    :
Through 10, Jane Does 1 through 10,    :
and ABC Corp. through XYZ,    :
individually, jointly, and severally,    :
          :
      Defendants.    :    MAY 26, 2004

## MOTION TO EXTEND TIME

The Defendants, Town of Trumbull, Officer Coppola and Officer Leos (ID #35),

hereby move for a fourteen (14) day extension of the Scheduling Order for the filing of

dispositive motions in the above-captioned case.  The Defendants respectfully request that they

be allowed until June 15, 2004 to file their motion for summary judgment.  The requested

extension is necessary, because of the difficulties encountered in coordinating the depositions

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

of the four Plaintiffs, all of whom reside in New Jersey. The Plaintiffs' depositions are now completed, and the statements made in those depositions are expected to be used in support of the Defendants' motion for summary judgment. However, three of the depositions' transcripts have only recently been received, and one transcript is not yet compiled.

Co-Defendants' counsel have been consulted and stated there will be no objections to the present Motion. Plaintiffs' counsel could not be reached as to their position on this Motion.

Wherefore, the Defendants respectfully request that the Court allow an extension until June 15, 2004 for the filing of their motion for summary judgment.

DEFENDANTS,
TOWN OF TRUMBULL,
OFFICER COPPOLA and OFFICER, I.D.
#35

By: _____
Stuart E. Brown, Esq.
Fed. Bar No.: CT 24659
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-211