**FILED**

2004 MAY 27  A 9 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL                :

                                       :    CIVIL ACTION NO:
                                       :    3:03-CV-00373 (RNC)
VS.                                    :

                                       :
TOWNSHIP OF TRUMBULL, ET AL            :
         Defendant                     :    MAY 26, 2004

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendants, SPECTAGUARD ACQUISITIONS, LLC AND MICHAEL
(LNU), hereby move for an Enlargement of Time of fourteen (14) days for the filing of a
dispositive Motion for Summary Judgment on their behalf.  This will move the deadline
for filing such motion from 1 June, 2004 until 15 June, 2004.

The reason for this request is the fact that it only became apparent at the
depositions of the plaintiffs which took place on April 22 and April 29, 2004 due to the
Plaintiffs' counsel trial schedule, and upon careful review of the only recently produced
transcripts of the April 22 depositions[1] that such motion in favor of these Defendants was
justified and not a misuse of all parties' time.

Counsel for the Co-Defendants do not oppose this request.  The office of the
undersigned Defendants' counsel has inquired of Plaintiffs' counsel, Cynthia Hardaway,

---

[1] The transcript of the April 29, 2004 deposition of the Plaintiff Floyd McLean has not yet been forwarded
to Defendants' counsel.  However, such transcript is expected in approximately one week.

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

FILED
2004 MAY 28  2: 20
U.S. DISTRICT COURT
HARTFORD, CT.

Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

May 28, 2004.