June 1, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2004 JUN -1 P 12:...
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 28 P 1:51
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD A MYERS, SHERNETTE
CLARK, KENNETH BIGNHAM, and
FLOYD MCLEAN,
    Plaintiffs,

v.

TOWN OF TRUMBULL,
OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally,
    Defendants.

CASE NO.: 3:03 CV 373 (RNC)

MAY 26, 2004

## MOTION TO EXTEND TIME

The Defendants, Town of Trumbull, Officer Coppola and Officer Leos (ID #35), hereby move for a fourteen (14) day extension of the Scheduling Order for the filing of dispositive motions in the above-captioned case. The Defendants respectfully request that they be allowed until June 15, 2004 to file their motion for summary judgment. The requested extension is necessary, because of the difficulties encountered in coordinating the depositions

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**