**FILED**
2004 JUN -9 A 10:40
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BINGHAM, and FLOYD MCLEAN,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally,<br><br>    Defendants. | CASE NO.: 3:03 CV 373 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br>June 7, 2004 |

## MOTION TO DISMISS: FAILURE TO POST BOND

Pursuant to Local Rule of Civil Procedure 83.3, Defendants Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35 hereby move for a summary dismissal against the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, for their failure to comply with the Court's Order that they deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action. The Court granted the moving Defendants' Motion for Bond on April 28, 2004. The

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Plaintiffs did not object to the Motion for Bond. More than thirty (30) days have elapsed since the entry of the Order on the Defendants' motion; see L.Civ.R. 83.3(a); and the Plaintiffs have failed to comply with said Order. The Defendants should not be required to incur further costs in defense of the present action in light of the Plaintiffs' failure to cooperate.

WHEREFORE, it is appropriate that the Court enter an order of summary dismissal against the Plaintiffs.

DEFENDANTS,
TOWN OF TRUMBULL,
OFFICER COPPOLA, I.D. #24, AND
OFFICER LEOS, I.D. #35

By: /s/ Stuart Brown
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111
sbrown@hgesq.com
Fed. Bar # CT 24659