## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BINGHAM, and FLOYD MCLEAN, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally, | : : : : : : : : : : : : : | CASE NO.: 3:03 CV 373 (RNC) |
| Defendants. | : | June 14, 2004 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56 and Federal Rules of Civil Procedure Rule 56, the Defendants, Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35, respectfully request that the Court enter summary judgment against the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, as to all counts of the present action. There is no genuine issue of material fact that would prevent summary judgment being entered as to these Defendants. See Local Rule 56(a)1 Statement attached.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The Defendants' actions, even as described by the Plaintiffs, are protected by qualified immunity, and there is no evidence whatsoever that the Defendants' actions were motivated by the Plaintiffs' race or national origins.  WHEREFORE, it is appropriate that summary judgment should enter against the Plaintiffs.

>DEFENDANTS,
>TOWN OF TRUMBULL,
>OFFICER COPPOLA, I.D. #24, AND
>OFFICER LEOS, I.D. #35
>
>By: _____
>Stuart E. Brown
>Hassett & George, P.C.
>555 Franklin Avenue
>Hartford, Connecticut 06114
>(860) 296-2111
>sbrown@hgesq.com
>Fed. Bar # CT 24659

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed this 14th day of June, 2004 to the following counsel and/or pro se parties of record:

Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

                                                  Stuart E. Brown

SEB/
\\Sbs2k\shared\Northland Cases\Meyers, Richard et al v. Town of Trumbull, et al\Pleadings\Motion For Summary Judgment.doc