UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BINGHAM, and FLOYD MCLEAN, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally, | : : : : : : : : : : : : | CASE NO.: 3:03 CV 373 (RNC) |
| Defendants. | : | June 14, 2004 |

**NOTICE OF MANUAL FILING**

Pursuant to the procedures for filing documents electronically, the Defendants, Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35, submit the following notice of certain documents being filed manually with the Clerk of the Court. The Defendants have filed the <u>exhibits</u> which accompany their Local Rule 56(a)1 Statement manually. Although the Statement itself was capable of being submitted as a pdf document, the accompanying exhibits were too numerous to allow reduction to an electronic format.

        DEFENDANTS,
        TOWN OF TRUMBULL,
        OFFICER COPPOLA, I.D. #24, AND
        OFFICER LEOS, I.D. #35

By: _____
Stuart E. Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111
sbrown@hgesq.com
Fed. Bar # CT 24659

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this 14th day of June, 2004 to the following counsel and/or pro se parties of record:

Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

_____
Stuart E. Brown

SEB/
\\Sbs2k\shared\Northland Cases\Meyers, Richard et al v. Town of Trumbull, et al\Pleadings\Notice of Manual Filing.doc