FILED
2004 JUN 15 P 1:43
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL        :

                               :    CIVIL ACTION NO:
                               :    3:03-CV-00373 (RNC)
VS.                            :
                               :
TOWNSHIP OF TRUMBULL, ET AL    :
    Defendant                  :    JUNE 14, 2004

### MOTION TO DISMISS: FAILURE TO POST BOND

Pursuant to Local Rule of Civil Procedure 83.3, Defendants, Spectaguard Acquisitions, LLC and Michael (last name unknown), hereby move for a summary dismissal against the Plaintiffs, Richard Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, for their failure to comply with the Court's Order that they deposit the sum of Five Hundred Dollars ($500.00) with the Clerk of this Court as security for costs in this action. The Court granted the moving Defendants' Motion for Bond on or about May 4, 2004. The Plaintiffs did not object to the Motion for Bond. More than thirty (30) days have elapsed since the entry of the Order on the Defendants' motion: see L.Civ.R. 83.3(a); and the Plaintiffs have failed to comply with said Order. The Defendants should not be required to incur further costs in defense of the present action in light of the Plaintiffs' failure to cooperate.

### ORAL ARGUMENT NOT REQUESTED
### TESTIMONY NOT REQUIRED

Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

WHEREFORE, it is appropriate that the Court enter an order of summary dismissal against the Plaintiffs.

        THE DEFENDANTS, SPECTAGUARD
        and MICHAEL (LNU),


        BY: _____
        Robert J. Flanagan, Jr., Esq.
        Cella, Flanagan & Weber, P.C.
        21 Washington Avenue
        North Haven, CT 06473
        Tel. (203) 239-5851
          Federal Bar No. 18549

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, to the following counsel:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Stuart Brown, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

_____
ROBERT J. FLANAGAN, JR.