# EXHIBITS



EXHIBIT A

```
                                                              1
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT
 2       RICHARD A. MYERS, ET AL   CIVIL ACTION

 3       VS                        NO. 3:03 CV 373 (RNC)

 4       TOWN OF TRUMBULL, ET AL   APRIL 22, 2004

 5                 DEPOSITION OF RICHARD MYERS

 6

 7       APPEARANCES:

 8
             HUNT, HAMLIN & RIDLEY
 9                Attorneys for the Plaintiffs
                  Military Park Building
10                60 Park Place, Suite 1602
                  Newark, New Jersey  07102
11                (973) 242-4471

12           BY:  CYNTHIA H. HARDAWAY, ESQUIRE

13
             HASSETT & GEORGE, P.C.
14                Attorneys for Officers Coppola & Leos
                  555 Franklin Avenue
15                Hartford, Connecticut  06114
                  (860) 296-2111
16
             BY:  STUART E. BROWN, ESQUIRE
17

18           TYLER, COOPER & ALCORN, LLP
                  Attorney for Westfield Shopping Center
19                185 Asylum Street
                  CityPlace I, 35th Floor
20                Hartford, Connecticut  06103
                  (860) 522-1216
21
             BY:  MICHAEL T. MCCORMACK, ESQUIRE
22

         *** APPEARANCES CONT'D ON PAGE 2
23

24                   OKEEMAH S. HENDERSON
           NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
25              CONNECTICUT LICENSE NO. 00333
```

**COPY**

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut  06108
(860) 291-9191      FAX: (860) 528-1972

```
                                                              2
 1           APPEARANCES CONT'D FROM PAGE 1
 2
 3
 4           CELLA, FLANAGAN & WEBER, P.C.
                Attorneys for Spectaguard
 5              21 Washington Avenue, PO BOX 221
                North Haven, Connecticut  06473-0221
                (860) 239-5851
 6
             BY:  ROBERT J. FLANAGAN, JR., ESQ.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24            OKEEMAH S. HENDERSON
       NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
25         CONNECTICUT LICENSE NO. 00333
```

```
                                                              3
 1                          I N D E X

 2    DEPONENT                                              PAGE

 3

 4    RICHARD MYERS

 5

 6    Direct Examination by Mr. Brown                          5
 7    Cross Examination by Mr. Flanagan                       58
 8    Cross Examination by Mr. McCormack                      79
 9    Cross Examination by Ms. Hardaway                      118
10    Redirect Examination by Mr. Brown                      128
11    Recross Examination by Mr. Flanagan                    132
12    Recross Examination by Mr. McCormack                   138
13

14                     DEFENDANT'S EXHIBITS

15                       (For identification)

16

17    EXHIBIT                                               PAGE

18      3          Amended complaint                          96

19

20

21

22

23

24

25           (Original exhibits retained by Mr. Brown.)
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut   06108
(860)   291-9191      FAX:   (860) 528-1972

4

1   ... Deposition of RICHARD MYERS,
2   taken on behalf of the Defendant, pursuant
3   to Rule 30 of the Federal Rules of Civil
4   Procedure before Okeemah S. Henderson,
5   Licensed Shorthand Reporter and Notary
6   Public for the State of Connecticut, held at
7   Hassett & George, P.C., 555 Franklin Avenue,
8   Hartford, CT commencing at 3:56 p.m. on
9   April 22, 2004.
10              S T I P U L A T I O N S
11          It is hereby stipulated and agreed by
12   and among counsel for the respective parties
13   that all formalities in connection with the
14   taking of this deposition and the authority
15   of the officer before whom it is being
16   taken, may be and are hereby waived.
17          It is further stipulated and agreed
18   that objections other than as to form are
19   reserved to the time of trial and the
20   reading and signing of said deposition by
21   the Deponent is hereby waived.
22          It is further stipulated that the
23   proof of the qualifications of the Notary
24   Public before whom the deposition is being
25   taken is hereby waived.

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut  06108*
*(860)  291-9191        FAX:  (860) 528-1972*

5

1   (Deposition convened at 3:56 p.m.)
2
3   RICHARD MYERS, being first duly
4   sworn by Okeemah S. Henderson, LSR and
5   Notary Public within and for the State of
6   Connecticut, was examined, and testified on
7   his oath as follows:
8
9   DIRECT EXAMINATION
10  BY MR. MYERS:
11          Q.      Good afternoon, Mr. Myers.
12          A.      Good afternoon.
13          Q.      My name is Stuart Brown and
14  I'm an attorney representing the Town of
15  Trumbull and Officers Leos and Coppola who
16  are defendants in a lawsuit that you and
17  several other individuals have filed
18  against those defendants and several other
19  defendants about an incident that you
20  allege occurred on July 31st of 2001.
21          I'm going to be asking you some
22  questions about that incident and as you
23  see, we have a Court Reporter here that's
24  taking down what we say.
25          A.      Yes.

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut   06108
(860) 291-9191     FAX: (860) 528-1972

```
 1            Q.    Once you were --
 2            A.    We left the beach -- left
 3   from the beach, we drove to the mall,
 4   parked the car, got out the car, walked in
 5   the mall.
 6            Q.    Okay.  When you walked into
 7   the mall, where did you go?
 8            A.    I know it was a Lord &
 9   Taylor -- no, I know there was a Victoria
10   Secret somewhere around there because I
11   remember going in the store and I remember
12   I picked up the underwear and said to
13   Shernette, do you like this and Orlando
14   turned to me and said that looks pretty on
15   you, Rich.  I remember that.
16            Q.    Okay.  Did you stop at any
17   other stores before you went to Lord &
18   Taylor?
19            A.    Yeah.  I just said it,
20   Victoria Secret.
21            Q.    So aside from Victoria
22   Secret, do you remember stopping at any
23   other stores?
24            A.    I remember they went into the
25   store, it was like Against All Odds or
```

31

1  whatever, it was like a sports, like --
2  like not casual wear, sportswear clothes
3  and I think I went in there looking for
4  something to put on and they didn't have my
5  size in the store or something, so I think
6  I went in that store, too.
7          Q.   Do you know how long you were
8  in the mall before you went into Lord &
9  Taylor?
10         A.   Probably about 20 minutes.
11         Q.   Who went into Lord & Taylor
12 with you?
13         A.   I remember me and Shernette
14 walked in and me and Shernette picking
15 something up and turning around and Orlando
16 was there with me.
17         Q.   Was your cousin with you at
18 that time?
19         A.   If I answer that question, I
20 will be perjuring myself.
21         Q.   You don't remember one way or
22 the other?
23         A.   No.
24         Q.   Do you know if Ms. Clark
25 bought anything while she was at Lord &

32

1  Taylor?
2      A.   Of course.  I paid for it.
3      Q.   How did you pay for it?
4      A.   I think it was cash.
5      Q.   Did you get a receipt for the
6  purchase?
7      A.   Yes, we did.
8      Q.   Who has the receipt today?
9      A.   The lawyer.  Cynthia.  Ms.
10 Cynthia.
11     Q.   About how long were you
12 shopping at Lord & Taylor?
13     A.   You know women, it takes a
14 minute for them to find what they really
15 want, so I would say about 25 minutes to a
16 half an hour.
17     Q.   Do you know where everyone
18 else was while you --
19     A.   Yes.
20     Q.   Okay.  Where were they?
21     A.   I left them right at the
22 entrance of the mall and not the mall --
23 right in the isle way of the mall and the,
24 like, it's like what's that balcony stretch
25 whatever to the store then we went and

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut  06108
(860) 291-9191    FAX:  (860) 528-1972

33

1  purchase the stuff.
2      Q.   So the best you can recall,
3  when you went into Lord & Taylor with Ms.
4  Clark and Orlando Wilson, the other members
5  of your group were waiting outside of --
6      A.   Outside on the bench.  Yes.
7      Q.   Could you see them while you
8  were shopping with Ms. Clark?
9      A.   No.
10     Q.   At any time when you were
11 shopping with Ms. Clark at Lord & Taylor,
12 could you hear anything that was going on
13 outside of Lord & Taylor?
14     A.   A lot of stores, it's a big
15 store, everybody talking inside there and
16 it's a long hallway to where my friends was
17 at.  No.
18     Q.   Okay.  After you were done
19 shopping in Lord & Taylor, where did you
20 go?
21     A.   We exit Lord & Taylor and
22 when we came outside, I see there was two
23 security guards standing there telling them
24 they got to go.
25     Q.   Okay.  Did you say anything

34

```
 1   to either of the security guards?
 2            A.    I said what's the matter or
 3   what's the problem.
 4            Q.    Do you remember what either
 5   of the security guards looked like?
 6            A.    Yes.  One was a white guy and
 7   the other one was a bald-headed Spanish
 8   guy.
 9            Q.    Do you remember which of the
10   two you asked in particular what's going
11   on?
12            A.    I asked both of them.
13            Q.    And how did they respond?
14            A.    The white dude, he really
15   wasn't paying me no attention but the other
16   guy turned to me and was, like, because I
17   said so two minutes ago.
18            Q.    And he said this when you
19   first approached the group after coming out
20   of Lord & Taylor?
21            A.    Yes.
22            Q.    Did you stay in that area for
23   any length of time to discuss what was
24   going on with the security guards?
25            A.    I kept asking them what was
```