35

1   the problem? He turned around and asked me
2   who am I and I told him they're there with
3   me, I went shopping, they're waiting on me,
4   what's the problem. He couldn't tell me
5   what the problem was, so we went on
6   downstairs, went on about my business
7   shopping.
8         Q.   From the time that you came
9   out of Lord & Taylor and first asked the
10  security guard what was going on until the
11  time that you left that area and kept on
12  shopping, about how much time did that
13  interaction take?
14        A.   Not even 10 minutes.
15        Q.   So maybe more than 5 minutes,
16  would you say?
17        A.   A little more than 5 minutes.
18        Q.   Was anyone in your group
19  upset by what was happening?
20        A.   Everybody was upset. He been
21  telling people you got to leave the mall
22  and not giving a reason why you got to
23  leave the mall, wouldn't you be upset?
24        Q.   So did any of the members of
25  your group use any profanities towards the

```
 1    security guard?
 2         A.   I'm not going to answer that
 3    question because I will be lying again.
 4         Q.   You don't remember one way or
 5    the other?
 6         A.   I may have used shit, damn,
 7    what the hell.
 8         Q.   Just a second ago you said
 9    I'm not going to answer that, is that the
10    reason that you wouldn't answer it one way
11    or the other is because you don't really
12    recall what exactly was said at that time?
13         A.   Right.
14         Q.   Do you remember whether any
15    of the security guards used any profanity?
16         A.   Yup.
17         Q.   Who used the profanity?
18         A.   One of the guys.  I wasn't
19    paying attention who was it.
20         Q.   What did he say?
21         A.   Get the fuck out.
22         Q.   Do you remember where you
23    were when he said that?
24         A.   Upstairs.
25         Q.   Whereabouts upstairs?
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut   06108
(860) 291-9191      FAX: (860) 528-1972

1    A.    Right by the bench.
2    Q.    And he said this after you
3 had come out from shopping at Lord & Taylor
4 but before you continued shopping?
5    A.    Right.
6    Q.    After you continued shopping,
7 did the security guards stay with you or
8 did they --
9    A.    Yeah, they were following me
10 into that photograph store.  I wanted to
11 take some pictures, they followed us there
12 embarrassing us, embarrassing me.
13 Everywhere I turn, they would be there
14 behind me.  I said yo, you want us to
15 leave, we are going to leave, please, stop
16 following us.
17    We kept walking, more and more
18 security guards keep popping up.  By the
19 time we could hit the entrance of the mall,
20 there was cops out there, the one -- the
21 heavy-set guy, he walks out, he was talking
22 to the cop, the bald-headed guy, he walked
23 out, he was talking to the cop, then, you
24 know, we was trying to talk to the cop, the
25 cop telling us shut up, sit down.  Whenever

1  we ask them what's the problem, they
2  couldn't give us an answer and then after
3  all that went on between them and the cops
4  and stuff, I remember the heavy-set guy
5  said you have violated the mall's law or
6  whatever and I said how and I remember he
7  said -- he gave us a card saying that we
8  couldn't be into a group larger than three
9  and we was seven, that's one rule we broke
10 and they was being loud and talking in the
11 hallway, that's two rules we broke but that
12 was when we went outside.
13       Q.   Was anyone else of your group
14 present when they told you that these were
15 the two rules that had been broken?
16       A.   Orlando Wilson and he's not a
17 part of this.
18       Q.   Anybody else?
19       A.   My cousin was sitting down.
20       Q.   Which cousin, Mr. Bingham?
21       A.   No.
22       Q.   Mr. McLean?
23       A.   No.  Nelay Grant.  He was
24 sitting off to the side.  Shernette was
25 standing on one side, Orlando was standing

1   didn't see those girls with your friends
2   outside of Lord & Taylor when you first
3   approached them and saw the security
4   guards?
5         A.    By Victoria Secret if you
6   call that outside the store, right by the
7   entrance, well, yes.
8         Q.    Now, when you exited the
9   mall, the door of the mall, was anyone
10  there?
11        A.    Yes.
12        Q.    Who was there?
13        A.    The cops.
14        Q.    How many?
15        A.    It was -- let me try to
16  remember.
17        Q.    Try.
18        A.    If I'm correct, there was
19  four or five cops.
20        Q.    Do you remember what any of
21  them looked like?
22        A.    Vaguely.
23        Q.    Okay. From what you
24  remember, please, tell me what they look
25  like?

53

1   A.    Yeah.
2   Q.    Have you ever talked with any
3   doctors or psychologists about what
4   happened?
5   A.    I should have because, you
6   know, in the past, like I said, every time
7   I go to the mall, I can remember that
8   moment and it was a nasty moment to
9   remember.
10  Q.    Did you sustain any physical
11  injuries during the incident?
12  A.    No.
13  Q.    Did you have any problems
14  with any employers as a result of the
15  incident at the mall?
16  A.    Problems?  In particular,
17  what are you trying to get at?
18  Q.    Well --
19  A.    Determine -- define your
20  question.
21  Q.    Sure.  Have any of your
22  employers cut your pay because you were
23  detained at the Trumbull mall that night?
24  A.    No.
25  Q.    Has -- strike that.  Do any

54

1    of your employers know that you were
2    detained at the Trumbull mall?
3         A.    Yes.  I told my boss.  I
4    think I told my boss.  I told the employees
5    at my work.
6         Q.    Sure.  Did your boss do
7    anything that you would consider
8    retaliation for you being detained at the
9    Trumbull mall?
10        A.    No.  I'm a good guy, man,
11   they know me, so that did not take any
12   credibility away from my character.  No.
13        Q.    Besides what you might or
14   might not have had to pay for legal
15   services in the case, have you lost any
16   money as a result of the incident?
17        A.    I wouldn't say so.
18        Q.    So that's no?
19        A.    Yeah.
20        Q.    Okay. Did any of the
21   security guards give you anything while you
22   were at the mall?
23        A.    I think he handed a paper to
24   the nearest person that was to them and
25   that would be Orlando.  Orlando Wilson and

59

1      Q. And obviously you heard about
2  them in the last two depositions, too?
3      A. Yes.
4      Q. When you exit Lord & Taylor
5  and were approaching your group of friends
6  and the security guards, were any of your
7  friends using any profanities at the
8  security guards?
9      A. I remember vaguely, you know,
10 maybe I think I'm not you, know let, me
11 record this. I think that the only person
12 that said anything profanity is the only
13 person that cannot come here and testify
14 right now.
15     Q. That would be Marvin Bunton?
16     A. Yes.
17     Q. You were here for
18 Mr. Bingham's testimony about what Mr.
19 Bunton said, correct?
20     A. Who is Mr. Butler?
21     Q. I said Mr. Bingham.
22     A. Yes.
23     Q. Did you hear Mr. Bunton say
24 that?
25     A. No.

65

1  A. I'm heavier now.
2  Q. Happens to all of us. Did
3 you say anything back to the security guard
4 who told you you had to leave?
5  A. I probably say there wasn't
6 no reason you didn't state any reason for
7 us to leave, what grounds or what
8 violations or what we did? Why should I
9 leave because you said to leave? Who are
10 you to tell me to leave because you're a
11 security guard?
12  Q. What did he say back to you
13 if anything?
14  A. You got to leave.
15  Q. Which guard was this?
16  A. It was two guards. The
17 bald-headed guy and the other guy.
18  Q. The two from upstairs?
19  A. Right.
20  Q. So the two from upstairs at
21 least went into the store after the three
22 of you did?
23  A. Yes.
24  Q. Do you know which one it was
25 of those two who said this thing to you?

66

1    A.    They both was telling me to
2    leave, man.
3    Q.    Okay.
4    A.    You know, they all was
5    telling us --
6    Q.    Did there come a point when
7    you decided you were going to leave?
8    A.    Because when I went in the
9    store and I seen everybody coming around
10   and everybody looking at me like I done
11   stole something or something, I got
12   embarrassed and I said, you know what,
13   let's go and we walked out the store and we
14   was walking down the corridor or whatever
15   you want to call it.  I remember going down
16   to -- Marvin had stopped and was doing
17   tying his shoe or he was doing something
18   and one of the guards was like, Yo, come on
19   (indicating) and he was like get off my
20   hand or something of the sort and I see his
21   hand went up like this (indicating) and I
22   heard what he said.
23           MR. MCCORMACK:  Let the
24       record reflect that he took his
25       right arm and swung it up in the

1  air.
2      THE WITNESS: Could have
3  been his left hand, not to punch,
4  just to say get off me.
5      MR. MCCORMACK: Let the
6  record reflect the right arm went
7  up again.
8      Q.  (By Mr. Flanagan) Other than
9  that, any of the security guards lay any of
10 their hands on you?
11     A.  To be honest, I think if they
12 had laid a hand on me and I would have been
13 arrested for laying my hand back on them.
14     Q.  Understood. So therefore,
15 your answer to that is no, that nobody laid
16 a hand on you?
17     A.  Right.
18     Q.  Anybody lay a hand on anybody
19 else other than --
20     A.  Omar. Not that I see and not
21 that I heard of.
22     Q.  The security guards followed
23 you right in the door of the mall?
24     A.  Yes.
25     Q.  And you exited that doorway?

68

1   A.   Yeah.  I had to.  It was no
2   other way to go but to get out and the cops
3   was right there.
4   Q.   I was going to say, my
5   understanding from your previous testimony
6   is the police were outside in the parking
7   lot waiting for you?
8   A.   They wasn't outside in the
9   parking lot.  The parking lot is off and
10  you got, like, a little, like, you got the
11  door and you got, like, a little corridor,
12  like, a little walkway, then a big parking
13  lot right there so one cop was coming in
14  and two cops was just pulling up, if I can
15  remember correctly and the cop that was at
16  the door I, could swear he was the older
17  guy, the fat guy and the bald-head guy
18  start to talk to the cops.
19      We was trying to talk to the cops,
20  too, but like I said, they said sit down
21  and shut up.
22  Q.   All right.  Is it fair to say
23  the security guards were trying to move
24  your group out of the mall building?
25  A.   Yes.  They was trying to kick

73

1       I'm just confused about the
2       question.
3              THE WITNESS:  Exactly.
4       Me, too.
5              MR. FLANAGAN:  I can go
6       through this any number of ways.
7              MS. HARDAWAY:  Is the
8       question whether other young males
9       in the mall are flirting with
10      women?
11          Q.    (By Mr. Flanagan) The
12  question is -- I have my answer.  I'm going
13  to let it go and go on.  Do you have any
14  basis for the claim that the security
15  company and or the security guards
16  discriminated against you or violated your
17  rights on the basis of your race other than
18  the claim that there were similarly or
19  identically situated a group of white males
20  who were not escorted out of the mall?
21          A.    To me, I will say yes.
22          Q.    What is that basis?
23          A.    They didn't give us a reason
24  why we had to leave the mall.
25          Q.    At some point, were you or

74

1   Mr. Wilson I believe testified given a copy
2   of rules and regulations of the mall?
3       A.   I was not given a copy of the
4   rules and regulations but my friend or you
5   call him my brother got a copy from the
6   heavy-set guy.
7       Q.   That was Mr. Wilson, correct?
8       A.   Orlando Wilson.
9       Q.   And to your recollection, was
10  Mr. Wilson or were any of you within
11  earshot, within your earshot told that they
12  had violated any of those rules?
13      A.   Yes.  We was in a large
14  groups of seven.
15      Q.   Were you --
16      A.   The mall rules were three.
17      Q.   Were you ever told that you
18  were being asked to leave the mall for
19  violation of mall rules and regulations?
20      A.   Not until we got outside.
21      Q.   What do you mean by outside?
22  You mean, literally outside in the parking
23  area?
24      A.   Yes.
25      Q.   Who told you that in the

75

```
 1    parking area?
 2            A.    The heavy-set guy.
 3            Q.    So the heavy-set guy being
 4    the heavy-set security guard?
 5            A.    Yes.
 6            Q.    So the heavy-set security
 7    guard went out to the parking lot with you
 8    to the police?
 9            A.    Didn't you hear my testimony
10    before?
11            Q.    Sir, I didn't hear your
12    testimony and I'm asking you a new
13    question.  Please, answer.
14            A.    It's the same question.
15    Yes.
16            Q.    But the only people who
17    detained you were the Trumbull Police
18    Department?
19            A.    Yes.
20            Q.    Were you involved in the
21    interview with WOR TV?
22            A.    We was all there.
23            Q.    Did you go on camera with
24    WOR?
25            A.    We was all on camera.
```