36

1    them, we went into another store which is,

2    it's a photo place, the security guards

3    they followed us in there and said you guys

4    have to leave.   Richard said why?  He said

5    well, I said that two seconds ago, that's

6    why.

7            Q.    Okay.   Do you know how many

8    security guards were there at that time

9    when you first came out of Lord & Taylor?

10           A.    When we came out, it probably

11   was about four security guards or so.

12           Q.    Can you describe them,

13   please?

14           A.    I remember one as being

15   Spanish.

16           Q.    Were they male or female?

17           A.    I know there was -- they were

18   males if I'm not mistaken.  I don't

19   remember if there was a female there.  I

20   don't recall.

21           Q.    Okay.  Do you know how they

22   were dressed?

23           A.    I think they had on white

24   shirts, I think it was white shirts.

25           Q.    Now, you stated that a

40

1   strike that, the first part.  About how

2   many security guards were with you as you

3   were leaving the mall?

4          A.    Wow, maybe about six or so

5   because after we left the photo store, we

6   went back downstairs, we were going down

7   the escalator, there were more security

8   guards waiting for us to escort us out.

9          Q.    Was your entire group with

10  you as you were going downstairs?

11         A.    Yes.

12         Q.    And as you were going

13  downstairs, this was after the security

14  guards had first approached you and asked

15  you to leave?

16         A.    I'm sorry.  Can you say that

17  again?

18         Q.    Sure.  As you were going down

19  the escalator and your entire group was

20  with you, this was after the security

21  guards had first approached you and asked

22  you to leave?

23         A.    Yes.

24         Q.    And when did you finally

25  leave the mall?

41

1      A.    We left the mall probably

2   about an hour after the security guards

3   told us to leave.

4          Q.    When did you finally exit the

5   building of the mall?

6          A.    Do you mean like what time?

7          Q.    Yes.

8          A.    This was after, way after 10.

9          Q.    Was the mall still open at

10   the time that you actually walked out of

11   the mall?

12          A.    Well, at this time, we were

13   in the parking garage so we're not knowing

14   what's taking place inside the mall because

15   we're actually outside with the cops at

16   this point.

17          Q.    When you first walked out of

18   the mall, do you recall whether the mall

19   was still open at that time?

20          A.    Yes, it was.

21          Q.    Was anyone there when you

22   first walked out of the mall?

23          A.    If people were still in the

24   mall, is that what you're saying?

25          Q.    No.  I'm sorry.  I'll

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut   06108*
*(860) 291-9191    FAX:  (860) 528-1972*

42

1    rephrase.  Was anyone waiting outside the

2    door of the mall when you first exited the

3    doors?

4              A.    Yes.  There were cops

5    waiting.

6              Q.    And how many cops?

7              A.    If I'm not mistaken, it

8    probably was about four or so.

9              Q.    Can you describe them,

10   please?

11             A.    That's going to be hard to

12   do.  I know they were -- I think that there

13   was one black cop and I think the rest were

14   white but as far as a description, I can't

15   remember.

16             Q.    If you saw any of these

17   officers again, could you identify them?

18             A.    It's a possibility.

19             Q.    Is it your testimony that

20   there were actually four police officers

21   outside the door of the mall when you

22   initially exited the doors of the mall into

23   the parking garage?

24             A.    Yes.

25             Q.    Did any other officers arrive

43

1    during the span of time between when you

2    first exited the doors and when you

3    eventually left the mall?

4            A.    I can't recall.

5            Q.    Did the police officers say

6    anything to you as you were coming out the

7    doors?

8            A.    Yes.  They stopped us.

9            Q.    Okay.  And what did they say

10   to stop you?

11           A.    They stopped us saying that

12   they need some form of identifications.

13           Q.    Did they say anything else to

14   you?

15           A.    Yes.  They told us to go and

16   have a seat.

17           Q.    Using those words?

18           A.    No.  Go sit down and I think

19   someone said something to one of the cops

20   like what is this all about and he said in

21   return shut up.

22           Q.    And do you remember what

23   police officer said that?

24           A.    No.

25           Q.    You said that there was, to

45

1         . A.      Like I had no right to ask

2    any questions.

3              Q.      Did the police officer say

4    that you were under arrest?

5              A.      No, but they threatened us.

6              Q.      How did they threaten you?

7              A.      Well, if we didn't comply

8    with giving them the information that they

9    needed, they will arrest us.

10             Q.      Beyond that, did they say

11   that you were under arrest for anything

12   that had happened inside the mall?

13             A.      No.

14             Q.      Were you ever placed in

15   handcuffs?

16             A.      No.

17             Q.      Did any of the police

18   officers touch you at all?

19             A.      No.

20             Q.      Okay.   From the time that

21   you exited the doors of the mall until the

22   time that you got back in your cars, about

23   how long a span of time is that?

24             A.      We were out there for about

25   an hour, I would say.

46

1            Q.    So to the best of your

2    recollection, you were in the parking lot

3    of the mall for about an hour?

4            A.    About that.

5            Q.    During that span of time, did

6    the police officers use any racial slurs?

7            A.    No.

8            Q.    Did they use any language

9    that was disrespectful towards you?

10           A.    Towards me?  No.

11           Q.    One of your allegations in

12    the complaint is that the police officers

13    discriminated against you based on your

14    race.  Did the police officers engage in

15    any conduct that you believe was

16    discriminatory based on your race?

17           A.    Not in so many words.

18           Q.    Are you assuming because of

19    the police officers' race that their

20    actions were racially motivated against

21    you?

22           A.    Not only the police officer

23    but also the security guards.

24           Q.    So is that a yes?

25           A.    Yes.

47

1           . Q.     Do you believe that Officer

2    Leos is a racist?

3           A.     I don't know what he is.

4           Q.     Do you believe that Officer

5    Coppola is a racist?

6           A.     I don't know what they are

7    but they sure act that way that day.

8           Q.     What actions did he take that

9    you believe were racist?

10          A.     The fact that we were asking

11   questions, none were answered and you know,

12   just their telling us it's a private mall.

13   Why is it a private mall, is it because of

14   the color of our skin, that's why it's a

15   private mall?

16          Q.     One of the allegations of

17   your complaint is that you were

18   discriminated against based on national

19   origin; is that correct?

20          A.     That also.

21          Q.     What is your national origin?

22          A.     I'm Jamaican.

23          Q.     Did you ever tell either of

24   the police officers that you were Jamaican?

25          A.     We didn't have to say, they

48

1    heard our accents at the time.

2            Q.    Had you said anything to

3    either of any of the police officers before

4    you were ordered to sit down?

5            A.    I asked what was going on,

6    what is this all about.

7            Q.    And do you believe that the

8    police officers were able to tell that you

9    were from Jamaica from your accent?

10           A.    Not necessarily that specific

11   country but from the West Indies.

12           Q.    After this -- I'm sorry.

13   Aside from checking your identification and

14   telling you to sit down, did the police

15   officers do anything else?

16           A.    They just -- no, they just

17   told us to leave and never to come back,

18   that was about it after they ran the

19   informations.

20           Q.    And what did they say to tell

21   you to leave?

22           A.    They told us we should get in

23   our cars and don't come back or else we

24   will be arrested.

25           Q.    Do you remember what police

49

1    officer said that?

2            A.    No, I don't.

3            Q.    Did you ever file a complaint

4    with the Trumbull police department itself

5    regarding what happened?

6            A.    Me, myself, no, I didn't but

7    I'm thinking that my attorney probably did.

8            Q.    After this incident occurred,

9    did you ever write down what you remember

10    recalling -- what you recall happening at

11    the mall?

12            A.    I think I probably did in my

13    lawyer's office I probably did.

14            Q.    Aside from any statements

15    that you might have given your lawyers have

16    you ever -- aside from that writing down

17    what you remember happening --

18            A.    For myself or anyone else?

19    No.

20            Q.    Did you ever give any verbal

21    statements describing what happened at the

22    mall to anybody aside from your lawyer?

23            A.    Maybe my dad.

24            Q.    Did you sustain any physical

25    injuries during the incident?

50

1          A.      No, I didn't.

2          Q.      Did you have any problems

3    with your employer as a result of this

4    incident?

5          A.      No.

6          Q.      Besides the monies that you

7    may have had to pay to your attorney, have

8    you lost any money as a result of this

9    incident?

10         A.      No.

11         Q.      Now, one of the allegations

12   of the complaint is that you suffered

13   emotional suffering as a result of what

14   happened at the mall; is that correct?

15         A.      Yes.

16         Q.      Can you tell me how you

17   suffered -- had emotional suffering?

18         A.      It was very embarrassing.

19         Q.      Okay.  In what way?

20         A.      Knowing that I had all these

21   bunch of security guards around us and then

22   the next thing I know, there were police

23   officers waiting.

24         Q.      Okay.  You've been arrested

25   in the past, though, correct?

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut   06108*
*(860) 291-9191    FAX:  (860) 528-1972*

51

1        A.    Yes, I have.

2        Q.    Was this incident in any way

3   similar to those past arrests?

4        A.    No.

5        Q.    How is it different for you?

6        A.    I didn't have a whole bunch

7   of security guards or cops around me

8   telling me to sit down and shut up.

9        Q.    Now, those two past arrests,

10  did those occur in a public place?

11       A.    Yes, it was.

12       Q.    Did you suffer any

13  embarrassment from those prior arrests when

14  those occurred?

15       A.    I was embarrassed of what I

16  did.  Yes.

17            MR. BROWN:  Mark this as

18        Defendant's Exhibit 1, please.

19

20    (Defendants' Exhibit No. 1, array of

21    photographs, marked for identification.)

22

23       Q.    (By Mr. Brown) Ms. Clark, I'm

24  handing you a piece of paper that's been

25  marked as Defendants' Exhibit 1.  Can you,

63

1    complaints that were made by employees of

2    stores in the mall about a group of men

3    harassing both female employees of one

4    store and female patrons of the mall?

5              A.    That's what I have heard.

6              Q.    Who have you heard that from?

7              A.    My attorney.

8              Q.    Obviously you were at Lord &

9    Taylor, so you don't know again what

10   transpired out in the mall?

11             A.    Exactly.

12             Q.    So you have no personal

13   knowledge as to why the security guards

14   were called?

15             A.    No, I don't.

16             Q.    And your earlier testimony is

17   you were told by one of the security guards

18   that you had to leave?

19             A.    Yes.

20             Q.    Meaning the whole group?

21             A.    Yes.

22             Q.    Were you told that directly?

23             A.    Well, after we left Lord &

24   Taylor and we saw them talking with the

25   security guards, right, Mr. Myers asked

64

1    what was going on and he said they have to

2    leave.   When we went, me and Richard went

3    into the portrait store, he said you guys

4    are together, you guys have to leave also.

5              Q.    To -- did you hear

6    Mr. Myers's conversation with the security

7    officer?

8              A.    Yes.  He was trying to find

9    out what's going on.

10             Q.    Let me ask that question

11   again because you're partially responsive

12   to it.   Did you hear everything he said to

13   the security officer?  It's a slightly

14   different question and my apologies.

15             A.    Yes.

16             Q.    Did he use any profanities

17   with the security officer he was speaking

18   to?

19             A.    He said what the hell is

20   going on because the security guard.  He

21   started to use profanity so in return,

22   natural reaction you're going to say

23   something back to him.

24             Q.    When was that that the

25   security guard used profanity?

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut  06108*
*(860) 291-9191    FAX:  (860) 528-1972*

65

1       A.      When Mr. Myers was asking why

2    we have to leave and he got smart saying

3    that I said that two seconds ago.

4            Q.      Was this at the photo store

5    or was that in the concourse of the mall?

6            A.      After we left the store

7    because he followed us over there.

8            Q.      When Mr. Myers approached the

9    security guard and asked what was going on

10   after you came out of Lord & Taylor, was it

11   before you went in the photo store or

12   after?

13           A.      When we came out of Lord &

14   Taylor, he saw the security guards with his

15   friends, he went over there and asked

16   what's going on, that was the first time he

17   said anything to them.

18           Q.      Can you describe the security

19   guard he asked that question of?

20           A.      No, I cannot.

21           Q.      Can you describe the security

22   guard who followed you into the security

23   store?

24           A.      No, I cannot.

25           Q.      Can you tell me who was the

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
972 Tolland Street
East Hartford, Connecticut  06108
(860) 291-9191    FAX:  (860) 528-1972