

EXHIBIT

1

1  IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF CONNECTICUT

3  RICHARD A. MYERS, ET AL   CIVIL ACTION

4  VS                        NO. 3:03 CV 373 (RNC)

5  TOWN OF TRUMBULL, ET AL   APRIL 22, 2004

6

7        DEPOSITION OF SHERNETTE CLARK

8  APPEARANCES:

9

10        HUNT, HAMLIN & RIDLEY
              Attorneys for the Plaintiffs
11            Military Park Building
              60 Park Place, Suite 1602
              Newark, New Jersey  07102
12            (973) 242-4471

13        BY:  CYNTHIA H. HARDAWAY, ESQUIRE

14

15        HASSETT & GEORGE, P.C.
              Attorneys for Officers Coppola & Leos
              555 Franklin Avenue
16            Hartford, Connecticut  06114
              (860) 296-2111
17

18        BY:  STUART E. BROWN, ESQUIRE

19        TYLER, COOPER & ALCORN, LLP
              Attorney for Westfield Shopping Center
20            185 Asylum Street
              CityPlace I, 35th Floor
21            Hartford, Connecticut  06103
              (860) 522-1216
22

23        BY:  MICHAEL T. MCCORMACK, ESQUIRE

*** APPEARANCES CONT'D ON PAGE 2     COPY

24

25        OKEEMAH S. HENDERSON
   NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
           CONNECTICUT LICENSE NO. 00333

   *NIZIANKIEWICZ & MILLER REPORTING SERVICES*
              *972 Tolland Street*
        *East Hartford, Connecticut  06108*
       *(860) 291-9191      FAX:  (860) 528-1972*

2

1    ***  APPEARANCES CONT'D FROM PAGE 1

2

3

4        CELLA, FLANAGAN & WEBER, P.C.
             Attorneys for Spectaguard
5           21 Washington Avenue
             PO BOX 221
6           North Haven, Connecticut  06473-0221
             (203)  239-5851

7        BY:  ROBERT J. FLANAGAN, ESQUIRE

8

9

    ALSO PRESENT:    RICHARD MYERS
10                    FLOYD MCLEAN
                       KENNETH BINGHAM

11

12

13

14

15

16

17

18

19

20

21

22

23

24            OKEEMAH S. HENDERSON
    NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
25        CONNECTICUT LICENSE NO. 00333


        *NIZIANKIEWICZ & MILLER REPORTING SERVICES*
                *972 Tolland Street*
            *East Hartford, Connecticut  06108*
             *(860)  291-9191       FAX:  (860) 528-1972*

3

# I N D E X

**DEPONENT**                                          **PAGE**


**SHERNETTE CLARK**

Direct Examination by Mr. Brown          12

Cross Examination by Mr. Flanagan        58

Cross Examination by Mr. McCormack       95

Redirect Examination by Mr. Brown        126

## DEFENDANT'S EXHIBITS

(For identification)


**EXHIBIT**                                        **PAGE**

1   Array of photographs                  51

2   Array of photographs                  57

(Original exhibits retained by Mr. Brown.)

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut  06108*
*(860)  291-9191       FAX:  (860) 528-1972*

4

1          ... Deposition of **SHERNETTE CLARK**,

2     taken on behalf of the Defendant, pursuant

3     to Rule 30 of the Federal Rules of Civil

4     Procedure before Okeemah S. Henderson,

5     Licensed Shorthand Reporter and Notary

6     Public for the State of Connecticut, held at

7     Hassett & George, P.C., 555 Franklin Avenue,

8     Hartford, CT commencing at 11:18 a.m. on

9     April 22, 2004.

10          S   T   I   P   U   L   A   T   I   O   N   S

11          It is hereby stipulated and agreed by

12     and among counsel for the respective parties

13     that all formalities in connection with the

14     taking of this deposition and the authority

15     of the officer before whom it is being

16     taken, may be and are hereby waived.

17          It is further stipulated and agreed

18     that objections other than as to form are

19     reserved to the time of trial and the

20     reading and signing of said deposition by

21     the Deponent is hereby waived.

22          It is further stipulated that the

23     proof of the qualifications of the Notary

24     Public before whom the deposition is being

25     taken is hereby waived.

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut  06108*
*(860)  291-9191          FAX:  (860) 528-1972*

5

1           (Deposition convened at 11:18 a.m.)

2

3                    MR. BROWN:  Good morning.  My

4           name is Stuart Brown.  I'm here on

5           behalf of the Trumbull Police

6           Department, the Town of Trumbull

7           and two police officers Leos and

8           Coppola that have been sued by the

9           plaintiffs in this matter.

10               Before we proceed with the

11          deposition of Shernette Clark, we

12          need to place something on the

13          record regarding what has occurred

14          this morning.  By my watch it is

15          now 11:27.  We had a deposition

16          scheduled for Mr. Myers for 9

17          o'clock.  The plaintiffs were not

18          here at 9.  From what I understand

19          from plaintiff's counsel, it was

20          due to traffic difficulties.

21          Because Mr. Myers could not be here

22          for the deposition at 9 o'clock, we

23          are going to proceed with the

24          deposition of Shernette Clark who

25          is scheduled for a deposition at

11

1　　　afterward, that doesn't seem very

2　　　unreasonable to me.

3　　　　　　MR. FLANAGAN: I think the

4　　　part I have difficulty with is

5　　　attempting to get through the

6　　　plaintiffs depositions today.  I

7　　　just do not feel that it's

8　　　realistic that we'll get through

9　　　all four.

10　　　　　　MS. HARDAWAY:  Well,

11　　　perhaps we can try.

12　　　　　　MR. MCCORMACK:  I'm saying

13　　　that I cannot stay into the

14　　　nighttime due to a previous

15　　　commitment.

16　　　　　　MS. HARDAWAY:  Nobody

17　　　asked you to.

18　　　　　　MR. BROWN:  Are we ready

19　　　to proceed?

20

21　　　　**SHERNETTE CLARK**, being first duly

22　　sworn by Okeemah S. Henderson, LSR and

23　　Notary Public within and for the State of

24　　Connecticut, was examined, and testified on

25　　her oath as follows:

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut  06108*
*(860) 291-9191    FAX:  (860) 528-1972*

26

1    remember if we stopped for lunch or not.  I

2    think probably after the incident we went

3    to lunch to get something to eat or

4    something, I'm not quite sure about that.

5            Q.    When you say after the

6    incident, what incident do you mean?

7            A.    Incident at the mall.

8            Q.    Is it your testimony that you

9    had lunch after you went to the Trumbull

10   mall?

11           A.    I think we did.  It's not a

12   surety but I think we did.

13           Q.    Did you go directly from your

14   home to the beach on July 31st?

15           A.    Yes.

16           Q.    Did you go directly from the

17   beach to the mall on July 31st?

18           A.    Yes.

19           Q.    Do you know what time you

20   arrived at the Trumbull mall?

21           A.    Probably around 8:30, 9

22   o'clock.

23           Q.    Was that in the morning or

24   evening?

25           A.    The evening.

32

1    you arrived at the mall at about 8:30 or 9

2    p.m.?

3              A.    Yes.  About that time.

4              Q.    What did you do upon arriving

5    at the mall?

6              A.    On arriving at the mall,

7    we -- where did we go, I think we went

8    upstairs.  We were downstairs first and

9    then we went upstairs.

10             Q.    You said you planned to buy

11   clothes when you were at the mall; is that

12   correct?

13             A.    Yes.

14             Q.    What kind of clothes did you

15   need to buy?

16             A.    I had gotten a top and a

17   skirt.

18             Q.    And do you know where you

19   went shopping that day?

20             A.    We went to, it was Lord &

21   Taylor.

22             Q.    Was anyone with you when you

23   were shopping at Lord & Taylor?

24             A.    Yes.

25             Q.    Who was with you?

33

1          .  A.    Mr. Myers, Orlando and I

2     think Mr. Myers's cousin.

3          Q.    Do you know who Mr. Myers's

4     cousin's name is?

5          A.    No.  I don't remember his

6     name.

7          Q.    As you recall, were there

8     four people all together?

9          A.    That went to Lord & Taylor,

10    yes.

11         Q.    Did you buy anything when you

12    were in Lord & Taylor?

13         A.    Yes, I did.

14         Q.    How did you pay?

15         A.    Cash.

16         Q.    Did you get a receipt for

17    your purchases?

18         A.    Yes, I did.

19         Q.    And where is that receipt?

20         A.    I had given it to my

21    attorney.

22         Q.    And it's your recollection

23    that you bought a skirt and a top at Lord &

24    Taylor?

25         A.    Yes.

34

1          ·   Q.     Did you buy anything else

2      when you were at the mall?

3              A.     We didn't get the chance to.

4              Q.     After you made the purchase

5      at Lord & Taylor, where did you go after

6      that?

7              A.     Well, we walked out of Lord &

8      Taylor.  While walking out, I saw my friend

9      over here (indicating) and the other guys,

10     they were supposed to be waiting on us and

11     when we looked, there was security guards

12     talking with them.

13             Q.     When you say your friend over

14     here and the other guys, who do you mean?

15             A.     Mr. Bingham.

16             Q.     Mr. Bingham and how many

17     other people?

18             A.     It was Orlando him and the

19     other guy that passed away.

20             Q.     Now, it was earlier I thought

21     that I heard that Orlando went with you

22     into Lord & Taylor?

23             A.     Yes, he did.  Actually, he

24     did.

25             Q.     So Orlando was not one of the

35

1    people. --

2            A.    It was him and him and the

3    other guy that passed away.  Sorry.

4            Q.    When you say him and him,

5    just, for the record, you're indicating Mr.

6    Bingham and Mr. McLean?

7            A.    Yes, I am.

8            Q.    And the other gentleman who

9    passed away is named Marvin Bunton is

10    that --

11            A.    Yes.

12            Q.    And as you came out of Lord &

13    Taylor, can you describe what you saw?

14            A.    When we walked out of the

15    store, I saw them talking with the security

16    guards.

17            Q.    Okay.  Sorry.  Go ahead.

18            A.    Richard and I went over with

19    the other two guys finding out what's

20    happening and one of the security guards

21    asked us if we were with them and I said

22    yes and they were like well, you guys have

23    to leave, too.  They were telling them that

24    they have to leave and then Richard and I

25    -- we proceeded to another store ignoring