Case 3:03-cv-00373-RNC   Document 75-8   Filed 06/15/2004



EXHIBIT C

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2       RICHARD A. MYERS, ET AL    CIVIL ACTION

 3       VS                         NO. 3:03 CV 373 (RNC)

 4       TOWN OF TRUMBULL, ET AL    APRIL 22, 2004

 5             DEPOSITION OF KENNETH BINGHAM

 6

 7       APPEARANCES:

 8
                HUNT, HAMLIN & RIDLEY
 9                  Attorneys for the Plaintiffs
                    Military Park Building
10                  60 Park Place, Suite 1602
                    Newark, New Jersey  07102
11                  (973) 242-4471

12              BY:  CYNTHIA H. HARDAWAY, ESQUIRE

13
                HASSETT & GEORGE, P.C.
14                  Attorneys for Officers Coppola & Leos
                    555 Franklin Avenue
15                  Hartford, Connecticut  06114
                    (860) 296-2111
16
                BY:  STUART E. BROWN, ESQUIRE
17

18              TYLER, COOPER & ALCORN, LLP
                    Attorney for Westfield Shopping Center
19                  185 Asylum Street
                    CityPlace I, 35th Floor
20                  Hartford, Connecticut  06103
                    (860) 522-1216
21
                BY:  MICHAEL T. MCCORMACK, ESQUIRE
22
         *** APPEARANCES CONT'D ON PAGE 2
23

24                  OKEEMAH S. HENDERSON
             NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
25                CONNECTICUT LICENSE NO. 00333
```

COPY

*NIZIANKIEWICZ & MILLER REPORTING SERVICES*
*972 Tolland Street*
*East Hartford, Connecticut  06108*
*(860)  291-9191        FAX:  (860) 528-1972*

```
                                                                    2
 1           *** APPEARANCES CONT'D FROM PAGE 1

 2

 3
              CELLA, FLANAGAN & WEBER, P.C.
 4               Attorneys for Spectaguard
                 21 Washington Avenue, PO BOX 221
 5               North Haven, Connecticut  06473-0221
                 (860) 239-5851
 6
              BY:  ROBERT J. FLANAGAN, JR., ESQ.
 7

 8

 9    ALSO PRESENT:   RICHARD MYERS

10                    FLOYD MCLEAN

11                    SHERNETTE CLARK

12

13

14

15

16

17

18

19

20

21

22

23

24              OKEEMAH S. HENDERSON
         NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
25           CONNECTICUT LICENSE NO. 00333


           NIZIANKIEWICZ & MILLER REPORTING SERVICES
                      972 Tolland Street
                East Hartford, Connecticut  06108
            (860)   291-9191      FAX: (860) 528-1972
```

3

```
 1                    I N D E X
 2   DEPONENT                                          PAGE
 3
 4   KENNETH BINGHAM
 5
 6   Direct Examination by Mr. Brown                     5
 7   Cross Examination by Mr. Flanagan                  64
 8   Cross Examination by Mr. McCormack                 89
 9   Redirect Examination by Mr. Brown                 109
10   Recross Examination by Mr. Flanagan               110
11
12
13                 DEFENDANT'S EXHIBITS
14                   (For identification)
15
16   EXHIBIT                                           PAGE
17        (There were no exhibits marked.)
18
19
20
21
22
23
24
25
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut  06108
(860)  291-9191       FAX:  (860) 528-1972

Case 3:03-cv-00373-RNC    Document 75-8    Filed 06/15/2004    Page 5 of 14

4

1        ... Deposition of KENNETH BINGHAM,
2    taken on behalf of the Defendant, pursuant
3    to Rule 30 of the Federal Rules of Civil
4    Procedure before Okeemah S. Henderson,
5    Licensed Shorthand Reporter and Notary
6    Public for the State of Connecticut, held at
7    Hassett & George, P.C., 555 Franklin Avenue,
8    Hartford, CT commencing at 1:51 p.m. on
9    April 22, 2004.
10              S T I P U L A T I O N S
11            It is hereby stipulated and agreed by
12   and among counsel for the respective parties
13   that all formalities in connection with the
14   taking of this deposition and the authority
15   of the officer before whom it is being
16   taken, may be and are hereby waived.
17            It is further stipulated and agreed
18   that objections other than as to form are
19   reserved to the time of trial and the
20   reading and signing of said deposition by
21   the Deponent is hereby waived.
22            It is further stipulated that the
23   proof of the qualifications of the Notary
24   Public before whom the deposition is being
25   taken is hereby waived.

5

1          (Deposition convened at 1:51 p.m.)
2
3          KENNETH BINGHAM, being first duly
4  sworn by Okeemah S. Henderson, LSR and
5  Notary Public within and for the State of
6  Connecticut, was examined, and testified on
7  her oath as follows:
8
9                    DIRECT EXAMINATION
10 BY MR. BROWN:
11         Q.    Good afternoon, Mr. Bingham?
12         A.    How are you doing?
13         Q.    Good.  My name is Stuart
14 Brown and I'm an attorney representing the
15 Trumbull police department, the Town of
16 Trumbull and police officers Leos and
17 Coppola who are defendants in a lawsuit
18 that you and several other people have
19 brought against them.
20         Before I begin, just some
21 background.  Have you ever been to a
22 deposition before today?
23         A.    I been to court.
24         Q.    Have you ever witnessed
25 testimony at a court?

24

1  A. When we was at the beach.
2  Q. After you arrived at the
3  mall, where did you go?
4  A. We went walking around to a
5  couple of stores. We stop at a couple of
6  stores then we went upstairs and then they
7  went inside to shop and we was sitting on
8  the side waiting on them.
9  Q. Did you do any shopping when
10 you were at the mall?
11 A. No, I didn't buy nothing. I
12 was looking to buy something but I didn't.
13 Q. Do you remember about how
14 long you were at the mall before you sat
15 down and they went into the store?
16 A. It was a good half an hour.
17 Q. During that half hour that
18 you were at the mall, did any security
19 guards approach you during that time?
20 A. No.
21 Q. During that half hour that
22 you were there before they went into the
23 store -- let me back track a little bit.
24 Which store did they go into?
25 A. Lord & Taylor, that's the

25

1    store that's upstairs.
2            Q.    Do you remember who went into
3    Lord & Taylor?
4            A.    Yes.  It was Richard and
5    Shernette and Orlando.
6            Q.    Was Richard's teenage cousin
7    with them?
8            A.    I didn't -- I don't a hundred
9    percent sure that he went there.  He
10   probably went in there and went back
11   because I think at Lord & Taylor you got a
12   store right here.  I think there's a little
13   cart thing that you could push and he was
14   on it and I think Marvin was pushing him on
15   it so I didn't like a hundred percent sure
16   if he went in there and then come back out
17   or whatever.
18           Q.    But you recall that at some
19   point while Ms. Clark was shopping at Lord
20   & Taylor that Mr. Myers's teenage cousin
21   and Marvin were playing?
22           A.    Yes, he was pushing him on
23   the cart.
24           Q.    About how long -- strike
25   that.  Now, you said that you went into a

26

1   couple of stores and then you waited while
2   Ms. Clark was shopping; is that correct?
3       A.   Yes.
4       Q.   Where were you waiting?
5       A.   On the bench.
6       Q.   And where was that bench?
7       A.   Outside the store, like in
8   the, I say it's like the store is like
9   something like this and go around and I'll
10  be like where he at and say the store is in
11  the corner like a good little distance,
12  like, in the middle of the walkway where
13  people walk, that's where you could walk
14  this way or this way or this way
15  (indicating).
16      Q.   From where you were sitting,
17  could you see the entrance for Lord &
18  Taylor?
19      A.   Yes.
20      Q.   About how far away would you
21  say it was?
22      A.   I know its farther than this
23  room.
24      Q.   Usually one good way to
25  picture distance is perhaps a football

1  field, like about in relation to a football
2  field would it be halfway, full way more
3  than one?
4        A.    I say it was a football
5  field, like, say it's like two times this
6  room or a little bit longer than this room.
7        Q.    So maybe about 40 yards away
8  from the entrance?
9        A.    Yeah, you could say that.
10       Q.    While you were waiting, what
11 were you doing?
12       A.    I was waiting and I was
13 sitting down like if a girl pass I say Hi,
14 how you doing, something to her, that's
15 about it.
16       Q.    There are at least two, maybe
17 three other people with you at that time?
18       A.    Yes.
19       Q.    Were they doing anything
20 while you were waiting?
21       A.    We was just sitting down
22 talking to her like if we see a group of
23 girls pass, say hey, how you doing, you
24 know, trying to talk, you know guys do when
25 you go to the mall. We're young.

28

1   Q.   Flirting?
2   A.   Yeah, flirting.
3   Q.   Do you know if anyone took
4   offense by the flirting?
5   A.   No.
6   Q.   As far as you know, there was
7   no --
8   A.   No, nobody either they answer
9   or they don't answer.
10  Q.   Did any of the girls approach
11  your group while you were waiting?
12  A.   We was downstairs. When we
13  was downstairs, I went into the stores. I'
14  seen them and I was talking to them, they
15  asked us where I was from and I said I'm
16  from Jersey, not from around here and they
17  show us, I think they was having a little
18  thing in Norwalk, one of them place either
19  Norwalk when I told them I was from Jersey
20  and they say oh, we're going to be up there
21  at a little session, would you come and
22  they gave me a flyer. I said, okay, I'll
23  come.
24  Q.   The girls that spoke to you,
25  about how many of them were there?

33

1  Q. Do you know who was near you
2  when you talked to those two girls?
3  A. When I went in the store I
4  think it was Floyd was with me when we walk
5  in the store and then I think Richard came
6  in there or Marvin Bunton came in there. I
7  think one of the guys that was in one of
8  the stores was looking at a watch, it was
9  inside a glass case. I said let me see and
10 then he said he can't open the glass case
11 and this other guy came in there and he
12 opened it for him.
13      I was wondering what's the
14 difference between him and me for the store
15 person can open it for him but you can't
16 open it for me but he use the excuse that
17 they couldn't find the key, it was another
18 black guy anyway, so we saw the watch and
19 we walked out. When we walked out, I seen
20 the girl.
21     Q. Do you remember -- strike
22 that. When you were waiting for Ms. Clark
23 to finish shopping at Lord & Taylor, did
24 anyone approach your group?
25     A. Yeah, the security guards

34

1   when we was sitting down waiting, the
2   security guards approach us.
3           Q.    Do you remember how many
4   security guards approached your group?
5           A.    First one walked up and said
6   we got to leave so we turn around and say
7   why we got to leave then the other one came
8   up and said because he said so 2 seconds
9   ago and when he said that we was like why
10  we got to leave, it was a public mall.  He
11  said we got to leave because he said
12  something and then that's all he was saying
13  then Marvin said, I think he said we -- he
14  ain't doing shit or something like that he
15  said he ain't doing and then the guy was
16  like ya'll got to leave.
17          I think he went on his thing, on his
18  radio, I think he went on it and then
19  Richard and them came over and try to find
20  out what was the matter, we wasn't trying
21  to make trouble, so we start walking.
22  Everywhere we go, they follow us, then when
23  we go down the escalator, the other guy
24  came up, the one that gave us the card, it
25  was a fat white guy.  He gave us the card

35

1  and he came upstairs and he was talking to
2  us but he just said we got to leave and all
3  that stuff. We was just participating but
4  as we was going, we would stop and go to a
5  store and look and they was just standing
6  there like we criminals or something and
7  then I think Marvin stop at one of them
8  little shed things and the guy said, one of
9  his, like, come on, we got to go
10 (indicating) and Marvin was like get off
11 me, don't touch me and something like that
12 and Richard and them went in the picture
13 store, I think it was downstairs, it was
14 downstairs and they go in there and said
15 they got to leave.
16         We was all just like in the same
17 area but like Richard would be over here, I
18 would be right here, Marvin there. We was
19 just walking and the security guard they
20 was just following us, escorting us out
21 there.
22         Q.   You said that Mr. Bunton said
23 that we ain't doin' shit?
24         A.   Yeah, he said we ain't doing
25 shit.