Q. Is it fair to say that Mr. Bunton appeared upset by what was happening?

A. Yeah, because we wasn't doing nothing and he said, he was very upset but we all did. So we all calm each other down, like I said, come on don't say nothing. Let's go and we go.

Q. Did anyone else -- strike that. Would you agree that the word shit is a profanity?

A. Profanity? No, I wouldn't agree shit is a profanity -- well, to me, I'm a respectable person, this would be like a disrespecting way but it's the way you approach, it's the way you talk to somebody. The way you treat somebody, that's the way you want to be treated, right?

Q. Uh-huh.

A. So that's the way you approach it.

Q. So yes or no -- would you?

A. Yes. I'll call it as that.

Q. Did anyone either of the

security guards or in your group use any profanities like the word shit?

A. No. The security guard was telling us -- I don't recall, they didn't use no profanity at me

Q. Do you remember how many security guards there were as you were walking towards the exit of the mall?

A. There was a lot of them. I didn't count them but there was a lot of them.

Q. Do you know whether they -- strike that. Did you hear any of the security guards call for the police to come?

A. No, I didn't hear. I know one of the security guards went on his thing, not like I'm listening to what he say, at this time we was trying to walk away or something like that so I don't know if he called the police or whatever he said.

Q. Do you recall how much time elapsed between when the first security guard came up to your group asking you to

before Ms. Clark and Mr. Myers came back?

A. No, they wasn't there too long.

Q. And there came a point where you actually exited the mall?

A. Yeah.

Q. Was anyone outside of the doors of the mall when you first exited?

A. Yes, sir.

Q. Who was there?

A. Some police officers.

Q. How many?

A. I say three to four of them.

Q. Can you describe them for me?

A. I know one was short, one was tall and slim, I think the short one was either the main person that was talking. I know him and the other I can't recall what the other two was like. I know them two because them two was mostly -- because one of them walked me to the car and one of them just keep talking and the other was just there.

Q. About -- strike that. Did the police officer say anything to you as you

exited the mall?

A. They stopped us.

Q. Okay. Did you say anything to the police before they stopped you?

A. We didn't saying anything, they stopped us and they start ask us for identifications, stuff like that.

Q. What did they say to stop you?

A. Just stay right here, sit down, whatever, that's all they was saying.

Q. Did they say you were under arrest?

A. No. Just ask if we have any identification.

Q. Did you give them identification?

A. Yeah. Marvin and them gave them. I had to walk to the car for mines so one of -- the slim guy, he walked me and Richard because Richard had the car key to the car for me to get my wallet so she escort us to the car and escort us back.

Q. Did the police check your identification?

A. Yeah.

Q. Did they let you go after they checked your identification?

A. We all was clean, so they let us go.

Q. How long from the time that you exited the doors of the mall until the time that you got in your car to leave, how much time was that?

A. I'll say 45 minutes. 45 minutes. Either 45 minutes to an hour I say.

Q. Did you get a chance to look at the police officers while they were --

A. Just one that followed me to the car, he was tall and skinny I know that and this short one because they was talking and you know what I'm saying the other one escort me to the car.

Q. Would it be possible for you to identify any of the officers if you saw them again?

A. Could be, could be not, it's my first time seeing them so it's not like me and him going to sit down. We sit down

A. No, he just come and break it up.

MS. HARDAWAY: I just object to this line of questioning. I just want an objection. You can still answer the question and carry on with your dialogue.

THE WITNESS: All right.

Q. (By Mr. Brown) Did you understand the question?

A. He would just break us up like we got to go, so I avoid from it getting any further.

Q. Did you suffer any physical injuries as a result of what happened at the mall that night?

A. Embarrassment.

Q. Aside from emotional injuries, did you suffer any physical injuries?

A. NA.

Q. Did you have any problems with your employer as a result of the incident at the Trumbull mall?

A. My who?

Q. Your employer.

A. My employer? Who? Meaning --

Q. Whoever was employing you at the time of this incident. Did you ever have any problems with your employer?

A. Like if I have any problems with the cops or security guard?

Q. Right.

A. No, I didn't have any problems.

MR. BROWN: Use this as Defendants' Exhibit 1 again.

Q. (By Mr. Brown) Mr. Bingham, I'm handing you a document that's been marked as Defendants' Exhibit 1. Can you take a chance to review that?

A. (The witness complies.) All right. Pick one of these or something?

Q. What I want you to do is look at the Exhibit 1 and tell me if you recognize any of the persons pictured on Exhibit 1 from the incident at the Trumbull mall?

A. Did these pictures take the

Q. Did anybody in your group who was outside in the mall area while Ms. Clark and Mr. Myers were in Lord & Taylor tell the security guard that both drivers were in Lord & Taylor?

A. Both drivers was in Lord & Taylor. Yeah. Yes. Which is Orlando and what's the name, that's when they was walking up, we see them because we turn this way he said we can't because we waiting on both drivers. I think Floyd said that, he said both drivers was in Lord & Taylor.

Q. So then as a group, you started to walk and from there you were --

A. When they came up and ask if they was with us they said we also got to leave, we just all was walking out then when we go down the escalator, I remember they went in the picture store and there was a couple --

Q. Sorry. At any point before you got to the escalator, did either of those two security guards use any profanities or obscenities?

A. To us, no, they didn't use any profanity, just tell us we got to leave and they behind us like we did something, like, escorting us.

Q. You said there was sort of a fat white guy security guard?

A. I didn't say white I said he fat and he got bald head.

Q. I mean, the one coming up the escalator?

A. He was chubby heavy-set guy. Sorry to call him fat.

Q. That's okay. White guy?

A. Yes.

Q. And you said he talked to you?

A. He talked to Orlando I think.

Q. Did you hear what he said?

A. No, because we all was walking. I know when he said we got to leave when he was coming, he said we got to leave but he wasn't trying to be like you got to leave now and get out of here, he wasn't -- he was trying to be the nice one but the other one was being pressure by

saying: oh, because he say so two seconds ago but he the one that come up like he the head guy.

Q. He was just trying to --

A. He just escort us out.

Q. So basically you had the second officer sort of being the wise guy?

A. Yes. Yes. He being the wise guy.

Q. And the third one you run into is coming up the escalator?

A. Yes.

Q. He and he was just trying to convince the group just to leave the mall?

A. Yes. He was trying to convince us to leave.

Q. You said he gave you a card?

A. He didn't give me directly the card.

Q. Who did he give the card to?

A. I know he gave the card to one of them because after that we was reading it, Orlando was reading the card but I can't directly say he gave Orlando the card or whatever.

Q. Did you read that card ever?

A. No, I didn't read the card but he was reading it so we was overhearing, like, I think some part was like cursing on it or a group of guys making a bunch of noise I think something like that was on it.

Q. So Mr. Wilson was reading it outloud?

A. Yeah, he was reading it.

Q. And was it your understanding that these were some of the rules and regulations of the mall?

A. Yes, which is apart from what I hear. We didn't do none of that. If we did, I wouldn't have had no problem. I wouldn't feel embarrassed because they doing their job.

Q. You then went down the escalator?

A. Yes. Before we went -- when we was going outside, he gave us the card.

Q. I'll get to that in a second. So you went down the escalator, correct?

A. Yes.

Q. Is that the escalator that leads into the food court area of the Trumbull mall, do you remember?

A. It was the one that on the, if you coming out the mall coming out the store which is Lord & Taylor, if you come out that store, the one to your right, it's two exit escalators, one coming up one going down.

Q. You went down to the bottom floor?

A. Yes. I know it's a bunch of things in the middle and stuff like carts and stuff and that they was escorting us out.

Q. Did you walk through the food court?

A. You mean food on the -- I can't guarantee there's food.

Q. No. There's, for instance, just because I'm familiar with the mall I know there's a McDonald's down there.

A. I weren't looking like say we just going straight out, they just keep escorting us but you know, there's some

court thing in the middle. I know we stopped at that and they went in the picture store and Richard said these guys are going to get him upset, that's when I looked over and see the security guard and escorting him out the picture store.

Q. Isn't that upstairs?

A. It's downstairs.

Q. How long after Ms. Clark and Mr. Myers came out of Lord & Taylor were they in the picture store?

A. I say like a good 10 to 12 minutes because we was walking slow, we wasn't walking fast, like, we was -- we was walking slow.

Q. So about 10 or 12 minutes after they came out of Lord & Taylor they were in the picture store downstairs?

A. Yes.

Q. You then exited the mall building?

A. After the picture store we just keep walking out then we stop at -- Marvin stop at one of the little things then one of the guy say come on buddy and

he said, don't touch me, do not touch me.

Q. Do you know which guard that was?

A. To tell you say its that guard, I'm not going to say it's the fat one, the slim one, I just know whatever he swing his hand like don't touch me because his back turn to me.

Q. Did the security guard lay his hand on you?

A. On me? No, he didn't.

Q. Any security guard to your knowledge lay his hand on anybody else even just to tap somebody on the shoulder or the arm?

A. Away from Marvin but Marvin was right there and say Richard and them was right here and while we walking then me.

Q. Then you at some time very shortly after that you left the mall building?

A. Yeah, we walked out until we get to the entrance, then we left out.

Q. Were you given the card when

you were at the entrance?

A. As soon as we go into the entrance, the guy gave us the card with the rules and regulations of the mall.

Q. Did the security guards follow you outside?

A. He follow us until we get to the door.

Q. Did the group of you pass through the door into the parking area?

A. We went through the door.

Q. And am I correct in understanding the Trumbull police or several officers of the Trumbull police officers were outside waiting for you?

A. Right outside waiting for us.

Q. In the complaint, in the actual lawsuit that was filed in this case you may remember this from my questioning of Ms. Clark, there is an allegation that is a claim that the security guards detained you in the parking area outside of the mall building while you were waiting for the police. Okay. Is that true?

A. No.