

```
                                                              1
1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT
2
    RICHARD A. MYERS, ET AL    CIVIL ACTION
3
    VS                         NO. 3:03 CV 373 (RNC)
4
    TOWN OF TRUMBULL, ET AL    APRIL 29, 2004
5
              DEPOSITION OF FLOYD MCLEAN
6

7   APPEARANCES:

8       HUNT, HAMLIN & RIDLEY
            Attorneys for the Plaintiffs
9           Military Park Building
            60 Park Place, Suite 1602
10          Newark, New Jersey  07102
            (973) 242-4471
11
        BY:  CYNTHIA H. HARDAWAY, ESQUIRE
12

13      HASSETT & GEORGE, P.C.
            Attorneys for Officers Coppola & Leos
14          555 Franklin Avenue
            Hartford, Connecticut  06114
15          (860) 296-2111

16      BY:  STUART E. BROWN, ESQUIRE

17
        TYLER, COOPER & ALCORN, LLP
18          Attorney for Westfield Shopping Center
            185 Asylum Street
19          CityPlace I, 35th Floor
            Hartford, Connecticut  06103
20          (860) 522-1216

21      BY:  MICHAEL T. MCCORMACK, ESQUIRE

22    *** APPEARANCES CONT'D ON PAGE 2
                      COPY
23
              OKEEMAH S. HENDERSON
24    NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
          CONNECTICUT LICENSE NO. 00333
25

        NIZIANKIEWICZ & MILLER REPORTING SERVICES
                   972 Tolland Street
             East Hartford, Connecticut  06108
         (860)  291-9191      FAX:  (860) 528-1972
```

```
                                                                    2
 1      *** APPEARANCES CONT'D FROM PAGE 1

 2

 3            CELLA, FLANAGAN & WEBER, P.C.
                 Attorneys for Spectaguard
 4               21 Washington Avenue
                 PO BOX 221
 5               North Haven, Connecticut  06473-0221
                 (203) 239-5851
 6
         BY:   ROBERT J. FLANAGAN, ESQUIRE
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24              OKEEMAH S. HENDERSON
        NOTARY PUBLIC-LICENSED SHORTHAND REPORTER
25         CONNECTICUT LICENSE NO. 00333


            NIZIANKIEWICZ & MILLER REPORTING SERVICES
                       972 Tolland Street
                 East Hartford, Connecticut  06108
              (860)  291-9191      FAX:  (860) 528-1972
```

3

1                    I N D E X

2    DEPONENT                                              PAGE

3

4    FLOYD MCLEAN

5

6    Direct Examination by Mr. Brown                        5

7    Cross Examination by Mr. Flanagan                     32

8    Cross Examination by Mr. McCormack                    54

9    Redirect Examination by Mr. Brown                     83

10

11

12                   DEFENDANT'S EXHIBITS

13                     (For identification)

14

15   EXHIBIT                                               PAGE

                (There were no exhibits marked.)

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut  06108
(860)  291-9191        FAX:  (860) 528-1972

4

1              ... Deposition of **FLOYD MCLEAN**, taken
2       on behalf of the Defendant, pursuant to Rule
3       30 of the Federal Rules of Civil Procedure
4       before Okeemah S. Henderson, Licensed
5       Shorthand Reporter and Notary Public for the
6       State of Connecticut, held at Cella,
7       Flanagan & Weber, P.C., 21 Washington
8       Avenue, North Haven, CT commencing at
9       9:43 a.m. on April 29, 2004.
10              S T I P U L A T I O N S
11              It is hereby stipulated and agreed by
12      and among counsel for the respective parties
13      that all formalities in connection with the
14      taking of this deposition and the authority
15      of the officer before whom it is being
16      taken, may be and are hereby waived.
17              It is further stipulated and agreed
18      that objections other than as to form are
19      reserved to the time of trial and the
20      reading and signing of said deposition by
21      the Deponent is hereby waived.
22              It is further stipulated that the
23      proof of the qualifications of the Notary
24      Public before whom the deposition is being
25      taken is hereby waived.

1       (Deposition convened at 9:43 a.m.)

2

3       FLOYD MCLEAN, being first duly sworn

4  by Okeemah S. Henderson, LSR and Notary

5  Public within and for the State of

6  Connecticut, was examined, and testified on

7  his oath as follows:

8

9              DIRECT EXAMINATION

10 BY MR. BROWN:

11      Q.   Good morning, Mr. McLean?

12      A.   Good morning.

13      Q.   My name is Stuart Brown and I'm an

14 attorney here on behalf of the Town of

15 Trumbull and two police officers who are

16 defendants in a lawsuit that you have

17 brought against them and against several

18 other defendants in the District Court of

19 Connecticut.

20           Before we begin the deposition,

21 there's some sort of grounds rules that you

22 need to know.  You probably heard these when

23 we did the last depositions but as you can

24 see, we've got a Court Reporter here today.

25 In order for her to take down what your

18

```
 1    it was like Shernette said she wanted to go
 2    into Lord & Taylor.  We said we was going to
 3    stay outside and wait.
 4         Q.   Who went into Lord & Taylor?
 5         A.   It was Shernette, Richard and
 6    Orlando.
 7         Q.   And so the rest of you stayed
 8    out -- outside of Lord & Taylor?
 9         A.   Yeah.
10         Q.   And do you remember where in
11    particular you were waiting?
12         A.   We was sitting on the bench nearby
13    the waiting area, I can't remember what
14    store we was in front of but we was by there
15    waiting, sitting on the benches.
16         Q.   Okay.  While you were waiting on
17    the benches, aside from waiting, what were
18    you doing?
19         A.   Sitting out there talking to girls
20    that was passing.
21         Q.   Like, any girls in particular?
22         A.   The majority of females I guess we
23    like say hello, Hi, how ya'll doing.  Some
24    answered back, some didn't answer, that's
25    it.
```

19

1  Q. Aside from the girls passing by,
2  did you have any interaction with anyone
3  else while you were waiting for your friends
4  to finish shopping?
5  A. No. The security guards.
6  Q. About how long had you been
7  outside Lord & Taylor before a security
8  guard approached you?
9  A. Like say like 10, 15 minutes.
10 Q. Okay. And how many security
11 guards approached you?
12 A. There was two walking up towards
13 us but only one approached us first and he
14 was like, ya'll got to go, ya'll can't stay
15 here.
16 Q. Did anyone say anything in
17 response?
18 A. We was, like, why we can't sit
19 here? I thought it was a public mall, then
20 the other one came up like because he said
21 so two seconds ago. Ya'll got to go, ya'll
22 got to leave, ya'll can't stay here.
23 Q. Did Ms. Clark and the other two
24 come back from Lord & Taylor at any point
25 when the security guards were there?

20

1  A. Yeah, they came back like probably
2  like 5 minutes after the security guard was
3  standing there talking to us telling us to
4  leave.
5  Q. Did Ms. Clark or any of the other
6  two that were with her say anything when
7  they saw the security guards?
8  A. Yeah, they came over, wanted to
9  know what was going on.
10 Q. Do you remember what particular
11 words they used?
12 A. What's going on, what's the
13 problem.
14 Q. Okay. Do you know if they used
15 any words that would be considered, that you
16 might consider profanity?
17 A. No.
18 Q. Did you notice if any of the
19 security guards called for assistance on the
20 radio at any point?
21 A. At that point, I wasn't looking at
22 the security guards because we just kept on,
23 we just was walking away because they was
24 like, ya'll can't stay here, ya'll got to
25 go. While they was trying to find out why

21

1   we got to go, I just kept walking like I
2   don't have time for this, let's go.
3       Q.   So did you and your friends agree
4   to leave the mall when the security guards
5   approached you outside of Lord & Taylor?
6       A.   They had us out there for a few
7   minutes.  Yeah.
8       Q.   So did you go directly to your
9   cars from Lord & Taylor?
10      A.   No.  When they said we had to
11  leave, we started walking, we was going
12  towards the exit then Richard and Shernette
13  said they wanted to -- went into some camera
14  store to look at some camera, then the
15  security guard went there behind him and was
16  like ya'll can't stand here, ya'll got to
17  go.  I said ya'll got to leave.  I'm not
18  going to tell you again, ya'll got to go.
19  So they walked back out going towards the
20  escalator.  By the time we got to the
21  escalator, we seen four more security guards
22  downstairs waiting.
23      Q.   When the security guard followed
24  them to the photo store, did you actually
25  hear what the security guard said to --

22

1   A.   Yeah, because he was behind us,
2   they was all behind us.  Two security guards
3   was upstairs talking to us, then when they
4   was talking all that talk, we look back, we
5   seen two more walking from around the corner
6   coming towards us say like they said, ya'll
7   got to go, ya'll got to get out of here,
8   then we started walking toward the escalator
9   going down.  When we got downstairs, now we
10  seen some more security guards, that's when
11  Richard and Shernette went in the camera
12  store and he came in there, like, I said
13  ya'll got to go, ya'll got to leave.  So we
14  started walking torwards the exit.
15       Q.   Do you remember how many security
16  guards there were in total?
17       A.   In total, probably like six or
18  eight.
19       Q.   Do you remember about how long it
20  was before -- let me start that over.  From
21  the time that the security guards first
22  approached you outside of Lord & Taylor,
23  about how long would you say it took to get
24  outside of the mall to the doors of the
25  mall?

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut  06108
(860)  291-9191        FAX:  (860) 528-1972

23

1    A.   It wasn't long, like 15 to 20
2  minutes.
3    Q.   Okay.  Now, when you got outside
4  the mall, was anyone there?
5    A.   Yeah, it was the cops.
6    Q.   Okay.  About how many police
7  officers were outside?
8    A.   It was like four to five.
9    Q.   Can you describe what they looked
10 like?
11   A.   White.
12   Q.   Were they male or female?
13   A.   Male.
14   Q.   All four?
15   A.   Uh-huh.
16   Q.   I'm sorry?
17   A.   Yeah.  Yeah.  Yes.
18   Q.   And when you got outside and you
19 saw the police officers, did anyone in your
20 group say anything to the police officers?
21   A.   No, because the cops call us over
22 there and wanted to know what the deal was,
23 what's going on.
24   Q.   So they asked you what was
25 happening?

**NIZIANKIEWICZ & MILLER REPORTING SERVICES**
972 Tolland Street
East Hartford, Connecticut  06108
(860)  291-9191          FAX:  (860) 528-1972

24

1   A. No. First, they was, like, come
2   here, come over here. We all went over
3   there, they was, like, I need to see some
4   ID.
5   Q. Okay. And did you have ID with
6   you?
7   A. No, I didn't have any ID at the
8   time so they asked for my social.
9   Q. And did the other members of your
10  group provide ID to the police officers?
11  A. The only person out there that had
12  ID was Orlando and Shernette because Kenneth
13  and Richard had theirs in the car.
14  Q. And so aside from asking for your
15  identification, what did the police officers
16  do?
17  A. We asked what was going on, why
18  they stop us, they was, like, well, go take
19  a seat over there, I'll be with ya'll in a
20  minute, so we just took a seat.
21  Q. Exactly do you remember what word
22  they used to ask you to take a seat?
23  A. First, they was like go sit, take
24  a seat, we'll be with ya'll. Then they went
25  over there and talked to the security guards