

EXHIBIT

# WESTFIELD SHOPPINGTOWN TRUMBULL — SECURITY REPORT

| | | | | | |
|---|---|---|---|---|---|
| WESTFIELD LOCATION #03 | | | LOC. CODE | REPORT # | **01-316** |
| DATE OF REPORT | 7/31/01 | TIME OF REPORT 2300 | | | |
| DATE OF OCCURRENCE | 7/31/01 | TIME OF OCCURRENCE 2112 | | DAY OF WEEK | TUESDAY |

**1. COMPLAINANT/VICTIM** (LAST NAME, FIRST NAME, M.I.): WESTFIELD SHOPPINGTOWN TRUMBULL
**3. PHONE** — HOME: N/A  WORK: N/A
**2. ADDRESS**: 5065 MAIN ST., TRUMBULL, CT 06611
**4. TIME CALL RECEIVED**: 2112
**TIME S/O ARRIVED ON SCENE**: 2112

**5. RACE**: N/A  **SEX**: N/A  **D.O.B**: N/A
**6. LOCATION OF INCIDENT**: GAME STOP/DOOR # 1
**7. INCIDENT CLASSIFICATION**: ESCORT OUT
**8. VICTIMS EMPLOYMENT PLACE OR SCHOOL**: N/A
**9. VEHICLE USED BY SUSPECTS?**: NO  **PLATE #**: N/A  **STATE**: N/A
**10. YEAR**: N/A  **MAKE**: N/A  **BODY**: N/A  **COLOR**: N/A

**11. WITNESS NAME**: N/A   ADDRESS: N/A   PHONE: N/A
**12. WITNESS NAME**: N/A   ADDRESS: N/A   PHONE: N/A
**13. WITNESS NAME**: N/A   ADDRESS: N/A   PHONE: N/A

**14. SUSPECTS** (NAME-ADDRESS-RACE-SEX-AGE-HEIGHT-WEIGHT-HAIR-EYES-CLOTHING)
(1.) JOHN DOE BLACK MALE
(2.) JOHN DOE BLACK MALE
(3.) JOHN DOE BLACK MALE
(4.) JOHN DOE BLACK MALE
(5.) JOHN DOE BLACK MALE
(6.) JOHN DOE BLACK MALE
(7.) JANE DOE BLACK FEMALE

**15. ARTICLES TAKEN**: NONE
**16. $ VALUE STOLEN**: N/A
**17. RECOVERED?**: N/A

**18. NOTIFICATION**: (POLICE) CENTER MANAGER (DIRECTOR) FIRE DEPARTMENT EMS OTHER

**19. NARRATIVE**

AT 2112 CENTRAL RECEIVED A CALL FROM GAME STOP ABOUT A DISORDERLY GROUP IN FRONT OF THEIR STORE I ARRIVED ALONG WITH UNIT # 14 WE FOUND (3) THREE AFRICAN AMERICAN MALES SITTING ON THE BENCHES IN FRONT OF THE STORE THEY WERE BEING LOUD AND DISRUPTIVE AT THIS POINT MYSELF AND OFFICER PAGAN ASKED THE PARTIES TO REMOVED THEMSELVES FROM THE BENCH AREA AND CONTINUE TO SHOP ONE OF THE MALES GOT UP AND SAID IN A VERY LOUD TONE " I AIN'T DOING SHIT " I NOW ASKED THAT THE MALES LEAVE PROPERTY FOR THEIR DISRUPTIVE BEHAVIOR THEY IMMEDIATELY BEGAN TO SHOUT OUT PROFANITIES AT THIS TIME I RADIOED TO OTHER OFFICERS AND S-3 TO ASSIST IN THE ESCORT OUT A FOURTH MALE ALONG WITH A FEMALE ARRIVED AND QUESTIONED MY ACTIONS I ATTEMPTED TO EXPLAIN THE SITUATION AT WHICH POINT SHE ALSO BEGAN TO SHOUT " MAN DON'T GIVE ME THAT SHIT " AT THIS POINT THERE WERE (↑) EIGHT PARTIES (5) FIVE OF WHICH WERE SHOUTING SEVERAL DIFFERENT PROFANITIES I RADIOED FOR CENTRAL TO CONTACT TPD MOMENTS LATER THE GROUP BEGAN MOVING TOWARD DOOR # 4 BACK- UP UNITS S-3 AND # 13 ARRIVED WE CONTINUED TO ESCORT THE STILL ROWDY GROUP THROUGH THE FOOD COURT AND TOWARD

**20. STATUS**: OPEN   CLOSED BY:   ARREST   UNFOUNDED   OTHER
**21. INVESTIGATING OFFICER** print: FERNANDO TORRES   **BADGE #**: S-5
**22. SUPERVISOR**: [signature]
**23. DIRECTOR**:
**INVESTIGATING OFFICER** signature: [signature]   **DATE**: 7/31/01
**24. MANAGEMENT**: [signature]

J.C PENNY COURT AT THIS TIME 2121 TPD ARRIVED AT DOOR # 2 THE GROUP HOWEVER HAD CONTINUED TO MOVE TOWARD DOOR # 1 ANOTHER GROUP OF TPD UNITS ARRIVED AT DOOR # 1 I EXPLAINED WHAT HAD HAPPENED TO TPD AND THEY TALKED TO THE PARTIED FOR SEVERAL MINUETS FINALLY AT 2141 ALL PARTIES WERE CLEAR FROM PROPERTY.

-END OF REPORT-