UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL :

: CIVIL ACTION NO:
: 3:03-CV-00373 (RNC)
VS. :
:
TOWNSHIP OF TRUMBULL, ET AL :
Defendant : June 11, 2004

### SECOND MOTION FOR ENLARGEMENT OF TIME
### TO FILE MOTION FOR SUMMARY JUDGMENT

The Defendants, SPECTAGUARD ACQUISITIONS, LLC AND MICHAEL (LNU), hereby move for an Enlargement of Time of fourteen (14) days for the filing of a dispositive Motion for Summary Judgment on their behalf. This will move the deadline for filing such motion from 1 June, 2004 until 15 June, 2004.

The reason for this request is two fold. First, the office of undersigned counsel was without computers due to a server crash and therefore the ability to produce the motion via word processing for one full workday during this week. Secondly, the undersigned is scheduled to begin an approximately five week (including Jury selection) trial in the State Complex Litigation Docket in Waterbury on Tuesday, June 15. These two items, when taken together, prevent the undersigned from being able to put the final touches on and editing completely the Motion for Summary Judgment by June 15, 2004.

Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

*Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*
*June 14, 2004.*