FILED

2004 JUN 18 P 4: 38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

RICHARD A. MYERS, ET AL, :
    Plaintiffs : CIVIL ACTION NO:
: 3:03-CV-00373 (RNC)
V. :
:
TOWNSHIP OF TRUMBULL, ET AL, :
    Defendants : JUNE 17, 2004

## DEFENDANTS' SPECTAGUARD ACQUISITIONS, LLC AND MICHAEL (LNU) MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, and Local Rule 56(b), the Defendants, Spectaguard and Michael (LNU) (hereinafter referred to as the "Spectaguard Defendants"), hereby move for the entry of Summary Judgment in their favor on all counts of the Plaintiffs' Amended Complaint directed to the Spectaguard Defendants. As is more particularly set forth in the memorandum of law file in support of this motion under the undisputed facts set forth in Rule 56(a) Statement and the affidavit of Michael Hokanson, the Spectaguard Defendant Michael Hokanson (who is believed to be Michael [LNU]), the Spectaguard Defendants are entitled to judgment as a matter of law because (1), the plaintiffs cannot recover damages under 42 U.S.C. §2000a because the Westfield Shoppingtown Trumbull mall, a privately owned mall on private property, where the Spectaguard Defendants were contracted to provide security, is not a place of public accommodation; (2) the plaintiffs have failed to exhaust any and all applicable administrative remedies under 42 U.S.C. §2000a prior to commencing this action; (3) the plaintiffs cannot establish the elements necessary to establish a prima facie case of discrimination under 42 U.S.C. §1981; (4) the plaintiffs cannot satisfy the

elements necessary to establish a prima facie of conspiracy to discriminate under 42 U.S.C. §1985 and §1986; and (5) there are no facts to support the plaintiffs' claims that the Spectaguard Defendants are liable to them for false imprisonment. For all these reasons, the Spectaguard Defendants are entitled to judgment as a matter of law.

In support of this motion, the Spectaguard Defendants filed the following:

1. Rule 56a statement of material facts that the Spectaguard Defendants submit are undisputed;

2. An Affidavit of Michael Hokanson, a Spectaguard employee present at the time of the incident referenced in the plaintiffs' amended complaint; and

3. A Memorandum of Law in Support of the Spectaguard Defendants' Motion for Summary Judgment.

WHEREFORE, the Spectaguard Defendants respectfully request that their motion be granted and that the Court enter an order of summary judgment in their favor.

THE DEFENDANTS, SPECTAGUARD
and MICHAEL (LNU),

BY: _____
Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
North Haven, CT 06473
Tel. (203) 239-5851
Federal Bar No. 18549

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, to the following counsel:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Stuart Brown, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

ROBERT J. FLANAGAN, JR.
6/18/04