FILED

2004 JUN 18 P 4: 39

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL, :
    Plaintiffs : CIVIL ACTION NO:
: 3:03-CV-00373 (RNC)
V. :
:
TOWNSHIP OF TRUMBULL, ET AL, :
    Defendants : JUNE 18, 2004

## AFFIDAVIT

I, **MICHAEL HOKANSON**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. On or about July 31, 2001, I was employed by the Defendant Spectaguard Acquisitions LLC as a supervisor of the security force which they provided under contract with Westfield Inc. for the Westfield Shoppingtown Trumbull.

4. On that night at approximately 9:00 p.m. I became a backup responder to a complaint from a storekeeper of a group of people harassing one of his co-workers as well as patrons in the mall.

5. At no time did I or any individual whom I supervised as an employee of Spectaguard enter into any plans, discussions or conspire to deprive the plaintiffs or any individuals of any right based on their race or national origin.

6. At no time did I or any individual whom I supervised as an employee of Spectaguard enter into any plans, discussions or conspire to force the plaintiff to leave the mall on the grounds of race or national origin.

7. At no time did I or security officers in my presence or any my direction on the night of July 31, 2001 ever detain, restrain or confine in any way the plaintiffs.

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

8. On said night of July 31, 2001, the undersigned and the security offices followed the plaintiffs in their somewhat wandering course to an exit door of the mall after they had been asked to leave due to their conduct which included harassment behavior and profanity used at myself and other security officers.

9. All of the above is true to the best of my knowledge and belief.

Dated at North Haven, Connecticut, this day of June, 2004.

_____
MICHAEL HOKANSON


STATE OF CONNECTICUT )
                     )    ss: North Haven
COUNTY OF NEW HAVEN  )


Subscribed and sworn to before me this 18th day of June, 2004.

_____
~~Notary Public~~
Commissioner of the Court

My Commission expires:

Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue    P.O. Box 221    North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974