UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 18  P 4: 40

DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| Richard A. Myers, ET AL, Plaintiffs | ) ) ) ) | CIVIL ACTION No: 3:03-CV-00373(RNC) |
| v. | ) ) ) | |
| Township of Trumbull, ET AL., Defendants | ) ) ) | Notice of Manual Filing |

Please take notice that the Defendants Spectaguard and Michael (LNU) have manually filed the following document or thing

Local Rule 56(a) Statement of Material Facts not in Dispute and exhibits

This document has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

Respectfully submitted,

*[signature]*

Robert J. Flanagan, Jr.
21 Washington Ave.
North Haven, CT 06473
Phone: (203) 239-5851
Fax: (203) 234-2974
E-mail: robertf@cfwlawyers.com
CT18549

**Cella, Flanagan & Weber, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid, to the following counsel:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Stuart Brown, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

ROBERT J. FLANAGAN, JR.

Cella, Flanagan & Weber, P.C.
ATTORNEYS AND COUNSELORS AT LAW
21 Washington Avenue   P.O. Box 221   North Haven, CT 06473-0221
TEL 203-239-5851 FAX 203-234-2974