THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
| Plaintiffs, | |
| | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| V. | |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
| Defendants. | JUNE 18, 2004 |

## MOTION TO DISMISS: FAILURE TO POST BOND

Pursuant to Local Rule of Civil Procedure 83.3, the Defendant, Westfield Shoppingtown Trumbull, hereby moves for a summary dismissal against the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, for their failure to comply with the Court's Order that they deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action. The Court granted the moving Defendant's Motion for Bond on May 12, 2004. Plaintiffs did not object to the Motion for Bond. More than thirty (30) days have elapsed since the entry of the Order on the Defendant's motion and the Plaintiffs have failed to comply with said Order. Accordingly, the defendant is entitled to the entry of a dismissal of the plaintiffs' claims. See L.Civ.R. 83.3(a). The Defendant should not be required to incur further costs in defense of the present action in light of the Plaintiffs' failure to cooperate.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

WHEREFORE, the defendant Westfield Shoppingtown Trumbull respectfully requests that its motion be granted.

>THE DEFENDANT,
>WESTFIELD SHOPPINGTOWN
>TRUMBULL
>
>Michael T. McCormack, ct13799
>Tyler Cooper & Alcorn, LLP
>CityPlace I, 35th Floor
>185 Asylum Street
>Hartford, CT  06103
>Tel.: (860) 725-6200
>Fax: (860) 278-3802
>Email: mmccormack@tylercooper.com

## CERTIFICATION OF SERVICE

On June 18, 2004, I certify that a true and correct copy of the foregoing **MOTION TO DISMISS: FAILURE TO POST BOND** been sent via U.S. mail, postage prepaid, to the following of record:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Louis N. George, Esq.
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

_____
Michael T. McCormack