THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 21  A 11: 00
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.*<br><br>Plaintiffs,<br><br>V.<br><br>TOWNSHIP OF TRUMBULL, *ET AL.*<br><br>Defendants. | CIVIL ACTION NO.: 3:03-CV-00373 (RNC)<br><br>JUNE 18, 2004 |

### MOTION TO DISMISS: FAILURE TO POST BOND

Pursuant to Local Rule of Civil Procedure 83.3, the Defendant, Westfield Shoppingtown Trumbull, hereby moves for a summary dismissal against the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, for their failure to comply with the Court's Order that they deposit the sum of Five Hundred ($500.00) Dollars with the Clerk of this Court as security for costs in this action. The Court granted the moving Defendant's Motion for Bond on May 12, 2004. Plaintiffs did not object to the Motion for Bond. More than thirty (30) days have elapsed since the entry of the Order on the Defendant's motion and the Plaintiffs have failed to comply with said Order. Accordingly, the defendant is

---

June 29, 2004.   <u>Richard A. Myers, et al., v. Township of Trumbull, et al.,</u>   Case Number 3:03CV373(RNC)

RE: Motion to Dismiss: Failure to Post Bond [doc. 79] Denied. Plaintiffs posted the security bond on June 28, 2004.   So ordered.

Robert N. Chatigny, U.S.D.J.