03cv373mDism

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -9 A 10: 40

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RICHARD A MYERS, SHERNETTE CLARK, KENNETH BINGHAM, and FLOYD MCLEAN,<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF TRUMBULL, OFFICER COPPOLA, I.D. #24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 Through 10, Jane Does 1 through 10, and ABC Corp. through XYZ, individually, jointly, and severally,<br>    Defendants. | CASE NO.: 3:03 CV 373 (RNC)<br><br>cam<br><br><br><br><br><br><br><br><br><br>June 7, 2004 |

### MOTION TO DISMISS: FAILURE TO POST BOND

Pursuant to Local Rule of Civil Procedure 83.3, Defendants Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35 hereby move for a summary dismissal against the Plaintiffs, Richard A. Myers, Shernette Clark, Kenneth Bingham and Floyd

---

June 29, 2004.    Richard A. Myers, et al., v. Township of Trumbull, et al., Case Number 3:03CV373(RNC)

RE: Motion to Dismiss: Failure to Post Bond [doc. 68] Denied. Plaintiffs posted the security bond on June 28, 2004. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 JUN 29 A 22 U.S. DISTRICT COURT HARTFORD

03CV373cND68