UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| |
|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>        Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>        Defendants. |

CASE NO.:3:03-CV-373(RNC)

JUNE 29, 2004

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO POST BOND

In response to defendant's Town of Trumbull,

defendant's Spectaguard, and defendant's Westfield

Shoppingtown Trumbull, separate motions to dismiss for

failure to post bond, plaintiffs have forwarded security

for costs with the Clerk of the United States District

Court, District of Connecticut, totaling $1,500,

representing $500 for each of the three defendants who

have requested posting of a bond. (See Attachments).

To the extent that the bonds were not posted in a

timely fashion, the undersigned counsel for plaintiff was

unaware that the defendants' motions for bond had been granted. The Court's orders were e-mailed to another attorney from my office who is not personally handling this case. Assuming that I had received the same e-mails, he did not forward the emails to me. However, I never received any e-mails because the e-mail address assigned to me is apparently not accepting e-mails, and I did not receive hard copies of the e-mails via regular mail.

In any event, plaintiffs' failure to post bond in a timely fashion was not a wilful violation of the court orders, plaintiff's have now posted bond, and defendants' have not been prejudiced in any way by the late posting. Therefore, defendants' motions to dismiss for failure to post bond should be denied.

**As this motion does not involve an issue of law, plaintiffs have not submitted a memorandum of law in support of their response.**
**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**HUNT, HAMLIN & RIDLEY**
**Attorney for Plaintiffs**

By: _____
Cynthia H. Hardaway, Esq.
Fed. Bar. No.: CT24752
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, 16th Floor
Newark, New Jersey 07102
(973)242-4471

THE LAW FIRM OF
# HUNT, HAMLIN & RIDLEY
COUNSELORS AT LAW
MILITARY PARK BUILDING
60 PARK PLACE, 16TH FLOOR
NEWARK, NEW JERSEY 07102

RONALD C. HUNT*
RAYMOND L. HAMLIN
TERRY RIDLEY

MALEE L. WING
LESTER E. TAYLOR, III◆
JAMILE E. DREW■

───────────
* ALSO ADMITTED IN PA
■ ALSO ADMITTED IN NY
◆ ALSO ADMITTED IN MD

TELEPHONE: (973) 242-4471
TELEFAX: (973) 242-8295
WEBSITE: www.hunthamlinridley.com

OF COUNSEL
CEDRIC ASHLEY■
CYNTHIA H. HARDAWAY■
VIELKA A. VELAZQUEZ

June 28, 2004

Clerk'S Office
U.S. District Court
Federal Building
450 Main Street
Hartford, Connecticut 06103

Re:     Meyers v. Township of Trumbull
        Case No.: 3-03CV373(RNC)

Dear Clerk:

Enclosed please find a check in the amount of five hundred dollars ($500) for the above captioned matter. This check is to cover cost for Specta Guard defendants.

Thank you for your attention to this matter. Please feel free to contact our office.

Very truly yours,

HUNT, HAMLIN & RIDLEY

RAYMOND L. HAMLIN

Enclosures

cc: Stuart E. Brown, Esq.
    Michael T. McCormick, Esq.
    Robert J. Flanagan Jr., Esq.



THE LAW FIRM OF

# HUNT, HAMLIN & RIDLEY

COUNSELORS AT LAW
MILITARY PARK BUILDING
60 PARK PLACE, 16TH FLOOR
NEWARK, NEW JERSEY 07102

RONALD C. HUNT*
RAYMOND L. HAMLIN
TERRY RIDLEY

MALEE L. WING
LESTER E. TAYLOR. III♦
JAMILE E. DREW■

\* ALSO ADMITTED IN PA
■ ALSO ADMITTED IN NY
♦ ALSO ADMITTED IN MD

TELEPHONE: (973) 242-4471
TELEFAX: (973) 242-8295
WEBSITE: www.hunthamlinridley.com

OF COUNSEL
CEDRIC ASHLEY■
CYNTHIA H. HARDAWAY■
VIELKA A. VELAZQUEZ

June 23, 2004

Clerk's Office
U.S. District Court
Federal Building
450 Main Street
Hartford, Connecticut 06103

Re:   **Meyers v. Township of Trumbull**
      **Case No: 3-03CV373(RNC)**

Dear Clerk:

Enclosed please find two separate checks in the amount of five hundred dollars ($500) for the above captioned matter.  The checks are for the following...

1.    Security for cost of Township of Trumbull

2.    Security for cost of Westfield Shopping town

Thanks for your attention to this matter. If there are any questions please feel free to contact our office.

Very truly yours,

HUNT, HAMLIN & RIDLEY

Raymond L Hamlin
RAYMOND L. HAMLIN

-Enclosures

cc: Stuart E. Brown, Esq.
    Michael T. McCormick, Esq.

5800

**HUNT, HAMLIN AND RIDLEY**
**BUSINESS ACCOUNT**
60 PARK PL. STE. 1602
NEWARK, NJ 07102

86-760/0912
051

DATE 6/23/04

$ 500.00

PAY TO THE ORDER OF CLERK, U.S. District Court

Five Hundred                                    DOLLARS

**PNCBANK**
PNC Bank, N.A.    060
New Jersey

3-02CV373 (RNC)
FOR Security Fee Dep Taylor Russell

⑁005800⑁ ⑈031207607⑈ 810409499⑈

5816

**HUNT, HAMLIN AND RIDLEY**
**BUSINESS ACCOUNT**
60 PARK PL. STE. 1602
NEWARK, NJ 07102

86-760/0912
051

DATE 6/24/04

$ 500.00

PAY TO THE ORDER OF Clerk, U.S. District Court

Five Hundred                                    DOLLARS

**PNCBANK**
PNC Bank, N.A.    060
New Jersey

3-03CV373 (RNC)
FOR Dep Weisfield Johnson Toon

⑁005816⑁ ⑈031207607⑈ 810409499⑈

## CERTIFICATION OF MAILING

This is to certify that, on this 29th day of June 2004, an original of the foregoing has been

sent via federal express to the Clerk of the United States District Court and via regular mail to the

following counsel of record:

Stuart E. Brown
Hasset & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

By: _____
Cynthia H. Hardaway

DATED: June 29, 2004