FILED
2004 JUN 15 P 1:43
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, ET AL            :
                                   :   CIVIL ACTION NO:
                                   :   3:03-CV-00373 (RNC)
VS.                                :
                                   :
TOWNSHIP OF TRUMBULL, ET AL        :
     Defendant                     :   JUNE 14, 2004

### MOTION TO DISMISS: FAILURE TO POST BOND

Pursuant to Local Rule of Civil Procedure 83.3, Defendants, Spectaguard Acquisitions, LLC and Michael (last name unknown), hereby move for a summary dismissal against the Plaintiffs, Richard Myers, Shernette Clark, Kenneth Bingham and Floyd McLean, for their failure to comply with the Court's Order that they deposit the sum of Five Hundred Dollars ($500.00) with the Clerk of this Court as security for costs in this action. The Court granted the moving Defendants' Motion for Bond on or about May 4, 2004. The Plaintiffs did not object to the Motion for Bond. More than thirty (30) days have elapsed since the entry of the Order on the Defendants' motion: see L.Civ.R.

---

July 2, 2004.        Richard A. Myers, et al., v. Township of Trumbull, et al., Case Number 3:03CV373(RNC)

RE: Motion to Dismiss: Failure to Post Bond [doc. 71]
Denied. Plaintiffs posted the security bond on July 1, 2004. So ordered.

_____
Robert N. Chatigny, U.S.D.J.

FILED 2004 JUL -2 A 11:20
U.S. DISTRICT COURT
HARTFORD