HUNT, HAMLIN, & RIDLEY
Military Park Building
60 Park Place, Suite 1602
Newark, New Jersey 07102
973) 242-4471
Attorney(s) for Plaintiff(s)

| | |
|---|---|
| RICHARD A. MYERS, SHERNETTE CLARK, KENNETH BINGHAM, FLOYD McLEAN<br><br>        Plaintiffs,<br>v.<br><br>TOWNSHIP OF TRUMBULL, OFFICER COPPOLA, I.D. # 24 (first name unknown) (individually and in his official capacity), OFFICER, I.D. #35 (name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ, individually, jointly and severally,<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br><br><br>CASE NO.:3:03 CV 373 (RNC)<br><br>FILED 2004 JUL -2 P 12:13<br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br><br>July 1, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiffs Richard Meyers, Shernette Clark, Kenneth Bingham, and Floyd McLean, hereby move for an Enlargement of Time of twenty-one (21) days from July 5, 2004, for the filing of responses to defendants Westfield Shoppingtown Trumbull, Spectaguard Acquisitions, and Town of Trumbull, Officer Coppola, and Officer Leos (ID #35), separate motions for summary judgment. Plaintiffs' responses to defendant Town of Trumbull's motion for summary judgment are presently

due July 5, 2004. Plaintiffs' responses to defendant Westfield Shoppingtown Trumbull's motion for summary judgment are presently due July 9, 2004. Both of defendants' motions were received by my office on June 17, 2004. Defendant Spectaguard's motion for summary judgment was received by my office on September 23, 2004. As of this date, I have not been notified by e-mail from the Court regarding the due date for plaintiffs' responses to defendant Spectaguard's motion.

Plaintiffs request a twenty-one-day enlargement of time for the following reasons:

1. Throughout the course of the discovery period, plaintiffs' noticed the Township of Trumbull defendants for depositions on several different dates. Due to the unavailability of witnesses and defense counsels' scheduling conflicts, the Township of Trumbull defendants were not scheduled for depositions until June 22, 2004.

On June 21, 2004, I received confirmation from counsel for the Township of Trumbull that the depositions would not go forward due to another defense counsel's unavailability. I attempted to rescheduled said depositions for dates prior to plaintiffs' due dates for responses to defendants' motions for summary judgment. However, the first available date provided by defense counsel was July 15, 2004, which is well after the due date for plaintiffs' responses. This date was not provided to me until June 29, 2004.

If my request for an enlargement of time is granted, I anticipate completing the necessary depositions for inclusion in plaintiffs' summary judgment responses.

2. There are three different due dates for plaintiffs' responses for summary judgement. The last motion for summary judgment was not received by my office until June 23, 2004. In order to avoid having to file three separate memorandums of law and accompanying exhibits for each memorandum, I am requesting an enlargement of time so that I can file one brief and one set of exhibits with respect to all defendants.

If plaintiffs' request is granted the new date for plaintiffs' responses would be July 26, 2004. Counsel for defendants have been consulted and have no objections to this Motion. This is plaintiffs' first request for an extension time to file responses to summary judgment motions. Each defense counsel requested an extension of time to file their respective motion for summary judgments.

By_____
Cynthia H. Hardaway, Esq.
Fed. Bar No.: CT24752
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, 16th Floor
Newark, New Jersey 07102
(973) 242-4471

## CERTIFICATION OF MAILING

This is to certify that, on this 1st day of July 2004, an original and one copy of the foregoing has been sent via overnight mail to the Clerk of the United States District Court and via regular mail to the following counsel of record:

Stuart E. Brown
Hasset & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

By: _____
Cynthia H. Hardaway

DATED: July 1, 2004