03CV373MEXHIMEMYERS

85

**HUNT, HAMLIN, & RIDLEY**
**Military Park Building**
**60 Park Place, Suite 1602**
**Newark, New Jersey 07102**
**973) 242-4471**
**Attorney(s) for Plaintiff(s)**

COPY

RICHARD A. MYERS, SHERNETTE
CLARK, KENNETH BINGHAM, FLOYD
McLEAN

        Plaintiffs,

v.

TOWNSHIP OF TRUMBULL,
OFFICER COPPOLA, I.D. # 24
(first name unknown)
(individually and in his
official capacity), OFFICER,
I.D. #35 (name unknown)
(individually and in his
official capacity),
SPECTAGUARD, MICHAEL (last
name unknown), WESTFIELD
SHOPPINGTOWN, JOHN DOES 1
through 10, JANE DOES 1
through 10, and ABC Corp.
through XYZ, individually,
jointly and severally,

        Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO.:3:03 CV 373 (RNC)

FILED
2004 JUL -7 P 12: 13
U.S. DISTRICT COURT
HARTFORD, CT.

cam

July 1, 2004

## MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiffs Richard Meyers, Shernette Clark, Kenneth Bingham, and Floyd McLean, hereby move for an Enlargement of Time of twenty-one (21) days from July 5, 2004, for the filing of responses to defendants Westfield Shoppingtown Trumbull, Spectaguard Acquisitions, and Town of Trumbull, Officer Coppola, and Officer Leos (ID #35), separate motions for summary judgment. Plaintiffs' responses to defendant Town of Trumbull's motion for summary judgment are presently

7/2/04 Granted until July 26. So ordered.