03CV373 mAmD

67.

UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO.: 2004 JUN -1 A 9:40<br>3:03-CV-373(RNC)<br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br>May 27, 2004 |

## MOTION TO AMEND COMPLAINT

In response to defendant Spectaguard's proposed Motion for Sanctions pursuant to FRCP 11, dated May 5, 2004, plaintiffs move to Amend the Complaint for the following

---

**July 8, 2004.** <u>Myers v. Township of Trumbull</u>; 03CV373 (RNC)

Re: Motion to Amend Complaint  [Doc. #67]

Absent objection, the motion is granted. So Ordered.

Robert N. Chatigny, U.S.D.J.

2004 JUL -8 P 1:13   U.S. DISTRICT COURT HARTFORD CT   FILED

03CV373●ND67