UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -2  A 11: 07
U.S. DISTRICT COURT
HARTFORD, CT.

| RICHARD A. MEYERS, SHERNETTE CLARK, KENNETH BINGHAM, AND FLOYD McLEAN | CIVIL ACTION NO.: 3:03-CV-373(RNC) |
|---|---|
| Plaintiffs, | |
| v. | |
| TOWNSHIP OF TRUMBELL, TRUMBELL POLICE DEPARTMENT, OFFICER COPPOLA, I.D. #24, (first name unknown) (individually and in his official capacity), SPECTAGUARD, MICHAEL (last name unknown), WESTFIELD SHOPPINGTOWN, JOHN DOES 1 through 10, JANE DOES 1 through 10, and ABC Corp. through XYZ Corp, jointly and severally, | July 29, 2004 |
| Defendants. | |

## NOTICE OF MANUAL FILING

Pursuant of the procedures for filing documents electronically, plaintiffs submit the following notice of documents being filed manually with the Clerk of the Court.  Plaintiffs have filed their Local Rule 56(a)2 Statement, Memorandum of Law, and accompanying exhibits manually.  My office does not yet have the mechanism to transfer the above-mentioned document into pdf form.  Training is scheduled for August 25, 2004, and our office will be updated at that time.  I have been informed by an outside company that it will take at least

two days for them to transfer the documents to an electronic format. Therefore, I am requesting approval for manual filing at this time.

                                    HUNT, HAMLIN & RIDLEY
                                    Attorney for Plaintiffs

By: _____
                                    Cynthia H. Hardaway, Esq.
                                    Fed. Bar. No.: CT24
                                    Hunt, Hamlin & Ridley
                                    60 Park Place, 16th Floor
                                    Newark, New Jersey 07102
                                    (973)242-4471

## CERTIFICATION OF MAILING

This is to certify that, on this 29th day of July 2004, an original of the foregoing has been sent via federal express to the Clerk of the United States District Court and via regular mail to the following counsel of record:

Stuart E. Brown
Hasset & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

By: _____
Cynthia H. Hardaway

DATED: July 29, 2004