THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD A. MYERS, *ET AL.* | |
|     Plaintiff, | |
| | CIVIL ACTION NO.: 3:03-CV-00373 (RNC) |
| V. | |
| TOWNSHIP OF TRUMBULL, *ET AL.* | |
|     Defendant. | AUGUST 5, 2004 |

## MOTION FOR ENLARGEMENT

The defendant, Westfield Shoppingtown Trumbull ("Westfield"), by its attorneys, and pursuant to Fed.R.Civ.Pro. 6(b) and D.Conn. L. Civ. R. 7(b), moves this Honorable Court for the entry of an order granting Westfield an extension of ten (10) days up to and including August 17, 2004, to file its Reply to the Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, dated July 26, 2004. In support thereof, Westfield states as follows:

    1.    The Plaintiffs filed their Memorandum of Law in Opposition to Motion for Summary Judgment on or about July 28, 2004.

    2.    Pursuant to Local Rule 7(d), the due date for Westfield's Reply to Plaintiffs' Memorandum of Law in Opposition to Motion for Summary Judgment is August 7, 2004.

    3.    From July 26, 2004 through August 4, 2004, the undersigned counsel was in trial in the Connecticut Superior Court, Judicial District of New Haven. As a result of my trial commitment, I have not had sufficient time to review the plaintiffs' opposition and prepare a Reply to the Plaintiffs' Memorandum in Opposition.

4. This is Westfield's first request for an extension of the deadline for the subject reply brief, and Westfield does not bring this motion for purposes of delay.

5. The undersigned counsel's office has attempted to ascertain the position of plaintiffs' counsel with respect to this motion by leaving a telephone message with the office of plaintiffs' counsel. The undersigned, however, has not received a response from plaintiffs' counsel.

WHEREFORE, Westfield respectfully requests that this Court grant it an extension to file its reply to the Plaintiffs' Objection to Motion for Summary Judgment to and including August 17, 2004.

THE DEFENDANT
WESTFIELD SHOPPINGTOWN
TRUMBULL

_____
Michael T. McCormack, ct13799
Tyler Cooper & Alcorn, LLP
185 Asylum Street, 35th Floor
Hartford, CT 06103
Tel.: (860) 725-6200
Fax: (860) 278-3802
Email: mmccormack@tylercooper.com

2

## CERTIFICATION

I hereby certify that the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record on this 5th day of August 2004:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Louis N. George, Esq.
Stuart E. Brown
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

_____
Michael T. McCormack