THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

RICHARD A. MYERS, *ET AL.*

    Plaintiff,

2004 AUG -5 P 3: 38

U.S. DISTRICT COURT
HARTFORD CT

CIVIL ACTION NO.: 3:03-CV-00373 (RNC)

V.

TOWNSHIP OF TRUMBULL, *ET AL.*

    Defendant.

AUGUST 5, 2004

## MOTION FOR ENLARGEMENT

The defendant, Westfield Shoppingtown Trumbull ("Westfield"), by its attorneys, and pursuant to Fed.R.Civ.Pro. 6(b) and D.Conn. L. Civ. R. 7(b), moves this Honorable Court for the entry of an order granting Westfield an extension of ten (10) days up to and including August 17, 2004, to file its Reply to the Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, dated July 26, 2004. In support thereof, Westfield states as follows:

1. The Plaintiffs filed their Memorandum of Law in Opposition to Motion for Summary Judgment on or about July 28, 2004.

2. Pursuant to Local Rule 7(d), the due date for Westfield's Reply to Plaintiffs' Memorandum of Law in Opposition to Motion for Summary Judgment is August 7, 2004.

3. From July 26, 2004 through August 4, 2004, the undersigned counsel was in trial in the Connecticut Superior Court, Judicial District of New Haven. As a result of my trial commitment, I have not had sufficient time to review the plaintiffs' opposition and prepare a Reply to the Plaintiffs' Memorandum in Opposition.