UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. MYERS, ET AL, | : | |
|     Plaintiffs | : | CIVIL ACTION NO: |
| | : | 3:03-CV-00373 (RNC) |
| V. | : | |
| | : | |
| TOWNSHIP OF TRUMBULL, ET AL, | : | |
|     Defendants | : | AUGUST 9, 2004 |

### REPLY TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendants, Spectaguard and Michael (LNU) (hereinafter referred to as the "Spectaguard Defendants"), hereby reply as follows to the Plaintiffs' Memorandum of Law in Opposition to Spectaguard Defendant Motion for Summary Judgment. Said opposition was filed on July 28, 2004 and according to the email notification from the Court Clerk's office, said filing date makes such opposition untimely by two (2) days. Therefore, it is the position of the Spectaguard Defendants that their Motion for Summary Judgment should be granted absent objection as no timely objection was filed.

Should oral argument be granted on the objection, the Spectaguard Defendants respectfully reserve their right to respond at said argument to any substantive issues raised by the Plaintiffs in their untimely objection.

THE DEFENDANTS, SPECTAGUARD
and MICHAEL (LNU),


BY: _____
Robert J. Flanagan, Jr., Esq.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
North Haven, CT 06473
Tel. (203) 239-5851
Federal Bar No. 18549

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, to the following counsel:

Cynthia H. Hardaway, Esq.
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Michael T. McCormack, Esq.
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I
35th Floor
Hartford, CT 06103-3802

Stuart Brown, Esq.
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

                                                   _____
                                                   ROBERT J. FLANAGAN, JR.

Case 3:03-cv-00373-RNC    Document 92    Filed 08/10/2004    Page 4 of 4