THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD A. MYERS, *ET AL.*

      Plaintiffs,

                                      CIVIL ACTION NO.: 3:03-CV-00373 (RNC)

V.

TOWNSHIP OF TRUMBULL, *ET AL.*

      Defendants.                      AUGUST 17, 2004

**AFFIDAVIT OF MICHAEL T. McCORMACK, ESQUIRE**

I, Michael T. McCormack, being duly sworn, according to law, upon his oath, deposes and says:

1.      I am over the age of eighteen and believe in the obligations of an oath.

2.      I am a partner in the law firm of Tyler Cooper & Alcorn, LLP, counsel for the defendant Westfield Shoppingtown Trumbull in the above matter;

3.      I have personal knowledge of the facts set forth herein.

4.      On June 15, 2004, I filed on behalf of Westfield Shoppingtown Trumbull a motion for summary judgment, memorandum of law in support of motion for summary judgment, an affidavit signed by Len Maenza, and a Statement of Material Facts Not in Dispute in accordance with Local Rule 56(a)(1).

5.      On July 2, 2004, counsel for the plaintiffs filed a motion for an extension of time until July 26, 2004, within which to file a response to the motion for summary judgment filed on behalf of Westfield Shoppingtown Trumbull.

1

6.      The Court granted plaintiffs' motion on July 8, 2004, and ordered the plaintiffs to respond to Westfield Shoppingtown Trumbull's motion for summary judgment be filed by July 26, 2004.

7.      On July 29, 2004, I received a copy of Plaintiffs' Local Rule 56(a)(2) Statement dated July 26, 2004 with certain exhibits attached thereto, as well as Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment dated July 26, 2004.  I also received a Certificate of Mailing signed by counsel for the plaintiff representing that the original pleadings plaintiffs filed were sent via federal express to the Court on July 26, 2004 and that copies of such pleadings were sent to counsel of record via regular mail on July 26, 2004.

8.      Attached hereto as Exhibit A is a true and exact copy of the front of the envelope in which I received plaintiffs' pleadings dated July 26, 2004.

9.      The document attached hereto as Exhibit A indicates that the plaintiffs' pleadings in response to Westfield Shoppingtown Trumbull's motion for summary judgment were mailed from East Orange, New Jersey on July 28, 2004.

10.     Plaintiffs attach as part of Exhibit L to their Local Rule 56(a)(2) statement a copy of a Domestic Return Receipt for mail that they represent was sent as certified mail through the United States Postal Service to the Commission on Human Rights and Opportunities in Bridgeport, Connecticut.  The Domestic Return Receipt identifies the article that was sent via certified mail as Article Number 7003 1010 0003 4598 4737.

11.     The document attached hereto as Exhibit B is a true and exact copy of the document I obtained from the website for the United States Postal Service in

accordance with a request to track and confirm Article Number 7003 1010 0003 4598 4737.

12.     According to the document attached hereto as Exhibit B, Article Number 7003 1010 0003 4598 4737 was accepted at East Orange, New Jersey on June 30, 2004.

I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed this 17th day of August 2004.

_____
Michael T. McCormack, Esq.

Subscribed and sworn to me this 17 day of August, 2004.

_____
Notary Public/Commissioner of the Court

Exhibit A

Cynthia H. Hardaway
Hunt, Hamlin, and Ridley
50 Park Place, 16th Floor
Newark, New Jersey 07102

U.S. POSTAGE
PAID
EAST ORANGE, NJ
07017
JUL 28, 04
AMOUNT

**$17.85**
00029409-24

*ED068401846US*

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Post Office To Addressee**

**Addressee Copy**
Label 11-B September 2002

Michael

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| | ☐ Next  ☐ Second | ☐ |

| Date In | | | Postage |
|---|---|---|---|
| Mo. | Day | Year | $ |

| Time In | ☐ 12 Noon  ☐ 3 PM | Return Receipt Fee |
|---|---|---|
| ☐ AM  ☐ PM | Military ☐ 2nd Day  ☐ 3rd Day | |

| Weight | Int'l Alpha Country Code | COD Fee | Insurance Fee |
|---|---|---|---|
| lbs.     ozs. | | $ | |

| No Delivery | Acceptance Clerk Initials | Total Postage & Fees |
|---|---|---|
| ☐ Weekend  ☐ Holiday | | $ |

**FROM: (PLEASE PRINT)**     PHONE (     )

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo.     Day | ☐ AM  ☐ PM | |

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo.     Day | ☐ AM  ☐ PM | |

| Delivery Date | Time | Employee Signature |
|---|---|---|
| Mo.     Day | ☐ AM  ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

| NO DELIVERY | | Customer Signature |
|---|---|---|
| ☐ Weekend  Holiday ☐ | | |

**TO: (PLEASE PRINT)**     PHONE (     )

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**
**www.usps.com**  ≡EMS≡

PRESS HARD. You are making 3 copies.

02/03

ZIP + 4

Exhibit B

 **UNITED STATES POSTAL SERVICE**

# Track & Confirm

## Current Status

You entered 7003 1010 0003 4598 4737

Your item was accepted at 10:59 am on June 30, 2004 in EAST ORANGE, NJ 07017. No further information is available for this item.

## Notification Options

▶ Track & Confirm by email    What is this?     Go >



**Track & Confirm**

Enter label number:

Track & Confirm FAQs

 **POSTAL INSPECTORS**
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy