# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A MYERS, SHERNETTE | : | |
| CLARK, KENNETH BINGHAM, and | : | |
| FLOYD MCLEAN, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF TRUMBULL, | : | CASE NO.:  3:03 CV 373 (RNC) |
| OFFICER COPPOLA, I.D. #24 (first name | : | |
| unknown) (individually and in his official | : | |
| capacity), OFFICER, I.D. #35 (name | : | |
| unknown) (individually and in his official | : | |
| capacity), SPECTAGUARD, MICHAEL | : | |
| (last name unknown), WESTFIELD | : | |
| SHOPPINGTOWN, JOHN DOES 1 | : | |
| Through 10, Jane Does 1 through 10, | : | |
| and ABC Corp. through XYZ, | : | |
| individually, jointly, and severally, | : | |
|     Defendants. | : | March 9, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Attorney Stuart E. Brown of Hassett & George, P.C. hereby moves to withdraw his

appearance on behalf of Defendants Town of Trumbull, Officer Coppola, I.D. #24, and

Officer Leos, I.D. #35 in this matter.  The undersigned will be unable to act as counsel to

these Defendants in this matter as of March 30, 2007, as he has accepted alternate

employment to begin on that date, which employment would not permit him to continue as

counsel for any parties currently in litigation.  Attorney Louis N. George has filed an

appearance on behalf of these Defendants and will continue to represent them into the future.

Pursuant to Local Rule of Civil Procedure, Rule 7(e), the moving counsel has sent a copy of

this motion to these Defendants by certified mail.

WHEREFORE, Attorney Brown has demonstrated that good cause exists to permit his withdrawal as counsel for Defendants Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35.

By: /s/ Stuart E. Brown
      Stuart E. Brown
      sbrown@hgesq.com
      Fed. Bar # CT 24659
      Hassett & George, P.C.
      945 Hopmeadow Street
      Simsbury, Connecticut 06070
      (860) 651-1333

## CERTIFICATION

I hereby certify that on March 9, 2007, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.  This is to further certify that copies have been sent this March 9, 2007, to the following counsel of record and parties concerned with this Motion to Withdraw Appearance.

Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place, Suite 1602
Newark, NJ 07102

Robert J. Flanagan, Jr.
Cella, Flanagan & Weber, P.C.
21 Washington Avenue
P.O. Box 221
North Haven, CT 06473-0221

Michael T. McCormack
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Cityplace I 35th Floor
Hartford, CT 06103-3802

**And via certified mail:**

Officer James Leos
c/o Trumbull Police Department
158 Edison Road
Trumbull, CT 06611

Town of Trumbull
C/O Town Clerk's Office
5866 Main Street
Trumbull, CT 06611

Officer Robert Coppola
c/o Trumbull Police Department
158 Edison Road
Trumbull, CT 06611

/s/ Stuart E. Brown
Stuart E. Brown

SEB/
G:\Northland Cases\Meyers, Richard et al v. Town of Trumbull, et al\Pleadings\Motion to Withdraw Appearance Stuart Brown.doc

3