*Robert N. Chatigny, United States District Judge*

*FILED 2007 MAR 12 DISTRICT COURT*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

RICHARD A MYERS, SHERNETTE : 
CLARK, KENNETH BINGHAM, and :
FLOYD MCLEAN, :
    Plaintiffs, :
:
v. :
:
TOWN OF TRUMBULL, :     CASE NO.: 3:03 CV 373 (RNC)
OFFICER COPPOLA, I.D. #24 (first name :
unknown) (individually and in his official :
capacity), OFFICER, I.D. #35 (name :
unknown) (individually and in his official :
capacity), SPECTAGUARD, MICHAEL :
(last name unknown), WESTFIELD :
SHOPPINGTOWN, JOHN DOES 1 :
Through 10, Jane Does 1 through 10, :
and ABC Corp. through XYZ, :
individually, jointly, and severally, :
    Defendants. :     March 9, 2007

### MOTION TO WITHDRAW APPEARANCE

Attorney Stuart E. Brown of Hassett & George, P.C. hereby moves to withdraw his appearance on behalf of Defendants Town of Trumbull, Officer Coppola, I.D. #24, and Officer Leos, I.D. #35 in this matter. The undersigned will be unable to act as counsel to these Defendants in this matter as of March 30, 2007, as he has accepted alternate employment to begin on that date, which employment would not permit him to continue as counsel for any parties currently in litigation. Attorney Louis N. George has filed an appearance on behalf of these Defendants and will continue to represent them into the future. Pursuant to Local Rule of Civil Procedure, Rule 7(e), the moving counsel has sent a copy of this motion to these Defendants by certified mail.

*March 12, 2007. Granted. So ordered.*

03CV373CND