## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. MYERS, ET AL. | : | CIVIL ACTION NO. |
| | : | 3:03cv00373 (RNC) |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWNSHIP OF TRUMBULL, et al. | : | |
| | : | |
| *Defendants.* | : | MARCH 20, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, Patricia E. Reilly, respectfully seeks leave of the Court to withdraw her appearance on behalf of defendant, Westfield Shoppingtown Trumbull. In support of this Motion, the undersigned represents the following:

1.      Patricia E. Reilly has changed law firms and now works at Littler Mendelson, P.C.

2.      Defendant, Westfield Shoppingtown Trumbull, will continue to be represented by Paul Guggina and Michael T. McCormack of the law firm of Tyler Cooper & Alcorn, LLP.

WHEREFORE, the undersigned counsel respectfully seeks leave of the Court to withdraw her appearance in this case.

*ORAL ARGUMENT NOT REQUESTED*

Dated at North Haven, Connecticut this 20th day of March, 2007.

THE DEFENDANT,
WESTFIELD SHOPPINGTOWN
TRUMBULL


By   /s/ Patricia E. Reilly
    Patricia E. Reilly
    Federal Bar No. CT08352
    LITTLER MENDELSON, P.C.
    110 Washington Avenue
    North Haven, CT  06473
    Telephone: (203) 234-6344
    Facsimile: (203) 234-6345
    E-Mail: preilly@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, a copy of the foregoing Motion to Withdraw Appearance has been served by operation of the Court's electronic filing system on all counsel who have an e-mail address on record with the Court and to the parties listed below:

Stuart Evan Brown
sbrown@hgesq.com

Robert J. Flanagan, Jr.
robertf@cfwlawyers.com

Louis N. George
lgeorge@hgesq.com

Paul Guggina
pguggina@tylercooper.com

Raymond E. Hamlin
Ray.Hamlin@HuntHamlinRidley.com

Michael T. McCormack
mmccormack@tylercooper.com;dboggio@tylercooper.com; dfichman@tylercooper.com; kwest@tylercooper.com

Cynthia H. Hardaway
Hunt, Hamlin & Ridley
Military Park Building
60 Park Place , Suite 1602
Newark, NJ  07102

Michelle D. Killion
Hassett & George
555 Franklin Avenue
Hartford, CT  06114

Rachelle H. Milstein
Braff Harris & Sukoneck
570 West Mount Pleasant Avenue
P.O. Box 657
Livingston, NJ  07039

 /s/ Patricia E. Reilly
Patricia E. Reilly, CT08352
LITTLER MENDELSON, P.C.

Firmwide:82160733.1 800000.3500

3