UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. MYERS, ET AL. | : | CIVIL ACTION NO. |
| | : | 3:03cv00373 (RNC) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| TOWNSHIP OF TRUMBULL, et al. | : | |
| | : | |
| *Defendants.* | : | MARCH 20, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, Patricia E. Reilly, respectfully seeks leave of the Court to withdraw her appearance on behalf of defendant, Westfield Shoppingtown Trumbull. In support of this Motion, the undersigned represents the following:

1. Patricia E. Reilly has changed law firms and now works at Littler Mendelson, P.C.

2. Defendant, Westfield Shoppingtown Trumbull, will continue to be represented by Paul Guggina and Michael T. McCormack of the law firm of Tyler Cooper & Alcorn, LLP.

WHEREFORE, the undersigned counsel respectfully seeks leave of the Court to withdraw her appearance in this case.

*ORAL ARGUMENT NOT REQUESTED*

Margin annotations:
- Robert N. Chatigny, United States District Judge
- 03cv373 END/01
- March 21, 2007. Granted. So ordered.
- FILED 2007 MAR 23 PM 12:43 U.S. DISTRICT COURT HARTFORD, CT